HASSARD BONNINGTON LLP
B. THOMAS FRENCH, ESQ., State Bar No. 65848
ROBERT L. NELDER, ESQ., State Bar No. 125426
Two Embarcadero Center, Suite 1800
San Francisco, California 94111-3941
Telephone: (415) 288-9800
Fax: (415) 288-9802
btf@hassard.com

Attorneys for Defendant
JOHN CRANE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| EVERETT HOGGE and PRISCILLA HOGGE,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>A.W. CHESTERTON COMPANY, et al.,<br><br>　　　　　Defendants. | No. C 07 2873 EDL<br><br>(San Francisco County Superior Court Case No. CGC-06-452846)<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
|---|---|

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

　　　　　The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

　　　　　Dated: June 5, 2007.

　　　　　　　　　　　　　　　　　　　　　　　HASSARD BONNINGTON LLP


　　　　　　　　　　　　　　　　　　　　　　　By: /s/ B. Thomas French
　　　　　　　　　　　　　　　　　　　　　　　　　　B. Thomas French

　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　　　　JOHN CRANE INC.

-1-
DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE
P:\Wdocs\HBMAIN\01850\01251\00222197.DOC-6607

**PROOF OF SERVICE**

**CASE NAME:**     Hogge, et al. v. A.W. Chesterton Company, et al.

**COURT:**     United States District Court, Northern District

**CASE NUMBER:**     C 07 2873 EDL

I, the undersigned, hereby certify that I am a citizen of the United States, over the age of eighteen years, and am not a party to the within action. I am employed in the City and County of San Francisco, California, and my business address is Two Embarcadero Center, Suite 1800, San Francisco, California 94111-3993. I am employed in the office of a member of the bar of this court at whose direction the service was made. On the date last written below, following ordinary business practice, I electronically served the following document(s):

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

via the ECF system on the recipients designated below and on the Notice of Electronic Filing received via the ECF system:

Dean A. Hanley, Esq.
Philip A. Harley, Esq.
pharley@phhlaw.com
Robert L. Barrow, Esq.
PAUL, HANLEY & HARLEY LLP
1608 Fourth Street, Suite 300
Berkeley, CA 94710
Telephone: (510) 559-9980
FAX: (510) 559-9970

I declare under penalty of perjury that the foregoing is true and correct and that this Proof of Service was executed on June 6, 2007, at San Francisco, California.

/s/ Michele Smith
Michele Smith