HASSARD BONNINGTON LLP
B. THOMAS FRENCH, ESQ., State Bar No. 65848
btf@hassard.com
ROBERT L. NELDER, ESQ., State Bar No. 125426
rln@hassard.com
Two Embarcadero Center, Suite 1800
San Francisco, California 94111-3941
Telephone: (415) 288-9800
Fax: (415) 288-9802

Attorneys for Defendant
JOHN CRANE INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVERETT HOGGE and PRISCILLA HOGGE,<br><br>Plaintiffs,<br><br>vs.<br><br>A.W. CHESTERTON COMPANY, et al.,<br><br>Defendants. | No. C 07 2873 EDL<br><br>(San Francisco County Superior Court Case No. CGC-06-452846)<br><br>**CERTIFICATE OF SERVICE RE: OPPOSITION TO MOTION FOR ORDER SHORTENING TIME RE: HEARING OF MOTION FOR REMAND, DECLARATION OF ROBERT NELDER; AND DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE** |

-1-

# CERTIFICATE OF SERVICE

**Case Name:** **Everett Hogge, et al. v. A.W. Chesterton Company, et al.**
**San Francisco County Superior Court Case No. CGC-06-452846**

1. At the time of service I was over 18 years of age and not a party to this action.

2. I am employed in the office of a member of the bar of this court at whose direction the service was made. My business address is Two Embarcadero Center, Suite 1800, San Francisco, CA 94111.

3. On June 6, 2007, I served the following documents:

**JOHN CRANE INC.'S OPPOSITION TO PLAINTIFFS' MOTION FOR ORDER SHORTENING TIME FOR BRIEFING AND HEARING OF MOTION FOR REMAND; DECLARATION OF ROBERT L. NELDER IN SUPPORT THEREOF**

4. I served the documents on the **persons** below as follows:

Dean A. Hanley, Esq.
Philip A. Harley, Esq.
Robert L. Barrow, Esq.
PAUL, HANLEY & HARLEY LLP
1608 Fourth Street, Suite 300
Berkeley, CA 94710
Telephone: (510) 559-9980
FAX: (510) 559-9970

5. The documents were served by the following means (specify):

**By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 4 and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on June 6, 2007, at San Francisco, California.

/s/ Michele Smith
Michele Smith

-1-

# CERTIFICATE OF SERVICE

**Case Name:   Everett Hogge, et al. v. A.W. Chesterton Company, et al.**
**San Francisco County Superior Court Case No. CGC-06-452846**

6. At the time of service I was over 18 years of age and not a party to this action.

7. I am employed in the office of a member of the bar of this court at whose direction the service was made. My business address is Two Embarcadero Center, Suite 1800, San Francisco, CA 94111.

8. On June 6, 2007, I served the following documents:

**DECLARATION OF ROBERT L. NELDER IN SUPPORT OF JOHN CRANE INC.'S OPPOSITION TO PLAINTIFFS' MOTION FOR ORDER SHORTENING TIME FOR BRIEFING AND HEARING OF MOTION FOR REMAND**

9. I served the documents on the **persons** below as follows:

Dean A. Hanley, Esq.
Philip A. Harley, Esq.
Robert L. Barrow, Esq.
PAUL, HANLEY & HARLEY LLP
1608 Fourth Street, Suite 300
Berkeley, CA  94710
Telephone:  (510) 559-9980
FAX:  (510) 559-9970

10. The documents were served by the following means (specify):

**By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 4 and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on June 6, 2007, at San Francisco, California.

                                /s/ Michele Smith
                                Michele Smith

-1-

PROOF OF SERVICE
P:\Wdocs\HBMAIN\01850\01251\00222586.DOC-6607

# CERTIFICATE OF SERVICE

**Case Name:** **Everett Hogge, et al. v. A.W. Chesterton Company, et al.**
**San Francisco County Superior Court Case No. CGC-06-452846**

11. At the time of service I was over 18 years of age and not a party to this action.

12. I am employed in the office of a member of the bar of this court at whose direction the service was made. My business address is Two Embarcadero Center, Suite 1800, San Francisco, CA 94111.

13. On June 6, 2007, I served the following documents:

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

14. I served the documents on the **persons** below as follows:

Dean A. Hanley, Esq.
Philip A. Harley, Esq.
Robert L. Barrow, Esq.
PAUL, HANLEY & HARLEY LLP
1608 Fourth Street, Suite 300
Berkeley, CA  94710
Telephone:  (510) 559-9980
FAX:  (510) 559-9970

15. The documents were served by the following means (specify):

**By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 4 and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on June 6, 2007, at San Francisco, California.

        /s/ Michele Smith
        Michele Smith