UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EVERETT HOGGE and
PRISCILLA HOGGE,

    Plaintiffs,

  v.

A W CHESTERTON COMPANY,

    Defendant.
_____/

No. C-07-02873 EDL

NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE

  The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

**XX** (1) One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or

    (2) One or more of the parties has sought a type of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

  The CASE MANAGEMENT CONFERENCE previously scheduled for September 4, 2007, at 3:00 p.m. on Magistrate Judge Laporte's calendar will NOT be held.

Dated: June 7, 2007

                Richard W. Wieking, Clerk
                United States District Court

                */s/ Lili M. Harrell*
                By: Lili M. Harrell
                Deputy Clerk