Dean A. Hanley, Esq.   (State Bar No. 169507)
Philip A. Harley, Esq.   (State Bar No. 147407)
Deborah R. Rosenthal, Esq. (State Bar No. 184241)
PAUL, HANLEY & HARLEY LLP
1608 Fourth Street, Suite 300
Berkeley, California 94710
Telephone:  (510) 559-9980
Facsimile:   (510) 559-9970
Email:  pharley@phhlaw.com
Email:  drosenthal@phhlaw.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EVERETT HOGGE and PRISCILLA HOGGE,<br><br>    Plaintiffs,<br><br>vs.<br><br>A.W. CHESTERTON COMPANY, *et al*,<br><br>    Defendants. | Case No.:  C07 2873 EDL<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR REMAND; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATIONS OF DEAN A. HANLEY AND STEPHEN J. HEALY; PROPOSED ORDER**<br><br>[28 U.S.C. §§ 1441-1447; F.R.C.P. 7(b); ND CA Local Rule 7-1]<br><br>Hearing Date:      July 10, 2007<br>Time:                   9:00 a.m.<br>Courtroom:         E, 15th Floor<br>Magistrate Judge:  Hon. Elizabeth D. Laporte |

To the HONORABLE COURT AND TO ALL DEFENDANTS AND THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE THAT, on July 10, 2007, at 9:00 a.m., in Courtroom E on the 15th Floor of the United States District Court for the Northern District of California, located at 450 Golden Gate Avenue, San Francisco, California, before the Honorable Elizabeth D. Laporte, Magistrate Judge, plaintiffs will and hereby do move this Court to remand this case to the Superior Court of the State of California, County of San Francisco.  This motion is made on the grounds that defendant JOHN CRANE, INC.'s Notice of Removal on June 1, 2007—one day

**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR REMAND**
PAGE 1

S:\Clients\Plaintiffs\H\Hogge, Everett 10293\Motions\JOHNCRANE remand.doc

1  before the one-year statutory deadline and after three weeks of trial in the San Francisco Superior
2  Court—fails to establish subject matter jurisdiction and is procedurally improper because: (1)
3  California defendants remain in the case; (2) not all defendants consented to removal; and (3) it
4  is untimely, in that it was not filed within thirty days after receipt by the defendant of any paper
5  from which it may be ascertained that the case has become removable.
6      The motion is based on this Notice of Motion and Motion, the accompanying
7  memorandum of points and authorities, the Declarations of Dean A. Hanley and Stephen J.
8  Healy and attached exhibits, and on all papers and records on file herein.
9      Based on the foregoing, and because plaintiff EVERETT HOGGE suffers from a fatal
10 cancer and is health is rapidly declining, plaintiffs ask this Court to remand plaintiffs' case to the
11 Superior Court of the State of California, County of San Francisco.

13 DATED: June 4, 2007                    PAUL, HANLEY & HARLEY LLP

15                                         _____
                                           Deborah R. Rosenthal
16                                         Attorneys for Plaintiffs

**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR REMAND**
PAGE 2

S:\Clients\Plaintiffs\H\Hogge, Everett 10293\Motions\JOHNCRANE remand.doc