**EXHIBIT "2"**

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| PAUL HANLEY & HARLEY, LLP<br>1608 FOURTH STREET, #300<br>BERKELEY, CA 94710<br>TELEPHONE NO.: 510-559-9980    FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* PLAINTIFF(S) | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO
STREET ADDRESS: 400 McCALLISTER STREET
MAILING ADDRESS:
CITY AND ZIP CODE: SAN FRANCISCO, CA 94102
BRANCH NAME: SAN FRANCISCO

PLAINTIFF/PETITIONER: EVERETT HOGGE; PRISCILLA HOGGE

DEFENDANT/RESPONDENT: A. W. CHESTERTON COMPANY, et al.

CASE NUMBER: 452846

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.:

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☐ summons
   b. ☐ complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☑ other *(specify documents):* SEE ATTACHMENT

3. a. Party served *(specify name of party as shown on documents served):*
      HILL BROTHERS CHEMICAL COMPANY

   b. Person served:    ☐ party in item 3a    ☑ other *(specify name and relationship to the party named in item 3a):*
      RON HILL, AGENT FOR SERVICE

4. Address where the party was served: 1675 N. MAIN STREET, ORANGE, CA 92867

5. I served the party *(check proper box)*
   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* 6/8/2006    (2) at *(time):* 12:50 PM
   b. ☐ **by substituted service.** On *(date):*    at *(time):*    I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b):*

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*    from *(city):*    or ☐ a declaration of mailing is attached.

      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. July 1, 2004]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

American LegalNet, Inc.
www.USCourtForms.com

| PLAINTIFF/PETITIONER: EVERETT HOGGE; PRISCILLA HOGGE | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: A. W. CHESTERTON COMPANY, etal. | 452846 |

   c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

      (1) on *(date)*:                 (2) from *(city)*:

      (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30.)

      (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. ☐ **by other means** *(specify means of service and authorizing code section)*:

      ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify)*:
   c. ☐ as occupant.
   d. ☑ On behalf of *(specify)*: HILL BROTHERS CHEMICAL COMPANY
      under the following Code of Civil Procedure section:

      ☑ 416.10 (corporation)        ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)        ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association)        ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership)        ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)        ☐ 415.46 (occupant)
                                              ☐ other:

7. **Person who served papers**
   a. Name: EDDY LANUZA
   b. Address: 2781 SATURN STREET, #L, BREA, CA 92821
   c. Telephone number: 714/854-7240
   d. The fee for service was: $ 45.00
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☑ registered California process server:
          (i) ☐ owner    ☑ employee    ☐ independent contractor.
          (ii) Registration No.: 1009
          (iii) County: ORANGE

8. ☑ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
     or
9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: 6/9/2006

              EDDY LANUZA               ▶
      (NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)        (SIGNATURE)

POS-010 [Rev. July 1, 2004]               **PROOF OF SERVICE OF SUMMONS**               Page 2 of 2

## ATTACHMENT TO PROOF OF SERVICE

1. SUMMONS & COMPLAINT

2. PRELIMINARY FACT SHEET

3. CIVIL CASE COVER SHEET

4. STATUS AND SETTING CONFERENCE DATE

5. ADR INFORMATION PACKET

6. PLAINTIFF'S RESPONSE TO DEFENDANT'S STANDARD REQUEST FOR PRODUCTION AND IDENTIFICATION OF DOCUMENTS AND THINGS

7. PLAINTIFF'S RESPONSE TO DEFENDANT'S STANDARD INTERROGATORIES - SET ONE

8. PLAINTIFF'S RESPONSE TO DEFENDANT'S STANDARD INTERROGATORIES - SET TWO

9. PLAINTIFF'S RESPONSE TO DEFENDANT'S STANDARD INTERROGATORIES – FRICTION

**EXHIBIT "3"**

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| PAUL HANLEY & HARLEY, LLP<br>1608 FOURTH STREET, #300<br>BERKELEY, CA 94710<br>TELEPHONE NO.: 510-559-9980   FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): PLAINTIFF(S) | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO
STREET ADDRESS: 400 McCALLISTER STREET
MAILING ADDRESS:
CITY AND ZIP CODE: SAN FRANCISCO, CA 94102
BRANCH NAME: SAN FRANCISCO

PLAINTIFF/PETITIONER: EVERETT HOGGE; PRISCILLA HOGGE
DEFENDANT/RESPONDENT: A. W. CHESTERTON COMPANY, etal.

CASE NUMBER: 452846

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.:

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☐ summons
   b. ☐ complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☑ other *(specify documents)*: SEE ATTACHMENT

3. a. Party served *(specify name of party as shown on documents served)*:
      QUINTEC INDUSTRIES, INC.

   b. Person served: ☐ party in item 3a  ☑ other *(specify name and relationship to the party named in item 3a)*:
      LYNN O. POULSON, AGENT FOR SERVICE

4. Address where the party was served: 10880 WILSHIRE BLVD., 11th FLOOR, LOS ANGELES, CA 90024

5. I served the party *(check proper box)*
   a. ☐ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*:   (2) at *(time)*:
   b. ☑ **by substituted service.** On *(date)*: 6/8/2006  at *(time)*: 2:30 PM  I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b)*:
      DOTTY HOOPER, AUTHORIZED TO ACCEPT

      (1) ☑ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) ☑ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*: 06/09/06  from *(city)*: BREA, CA 92821  or ☐ a declaration of mailing is attached.

      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. July 1, 2004]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

American LegalNet, Inc.
www.USCourtForms.com

| PLAINTIFF/PETITIONER: EVERETT HOGGE; PRISCILLA HOGGE | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: A. W. CHESTERTON COMPANY, etal. | 452846 |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date):*  (2) from *(city):*

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☑ On behalf of *(specify):* QUINTEC INDUSTRIES, INC.
      under the following Code of Civil Procedure section:
      - ☑ 416.10 (corporation)
      - ☐ 416.20 (defunct corporation)
      - ☐ 416.30 (joint stock company/association)
      - ☐ 416.40 (association or partnership)
      - ☐ 416.50 (public entity)
      - ☐ 415.95 (business organization, form unknown)
      - ☐ 416.60 (minor)
      - ☐ 416.70 (ward or conservatee)
      - ☐ 416.90 (authorized person)
      - ☐ 415.46 (occupant)
      - ☐ other:

7. **Person who served papers**
   a. Name: EDDY LANUZA
   b. Address: 2781 SATURN STREET, #L, BREA, CA 92821
   c. Telephone number: 714/854-7240
   d. The fee for service was: $ 45.00
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☑ registered California process server:
         (i) ☐ owner ☑ employee ☐ independent contractor.
         (ii) Registration No.: 1009
         (iii) County: ORANGE

8. ☑ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: 6/9/2006

EDDY LANUZA
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)        ▶        (SIGNATURE)

POS-010 [Rev. July 1, 2004]    **PROOF OF SERVICE OF SUMMONS**    Page 2 of 2

## ATTACHMENT TO PROOF OF SERVICE

1. SUMMONS & COMPLAINT

2. PRELIMINARY FACT SHEET

3. CIVIL CASE COVER SHEET

4. STATUS AND SETTING CONFERENCE DATE

5. ADR INFORMATION PACKET

6. PLAINTIFF'S RESPONSE TO DEFENDANT'S STANDARD REQUEST FOR PRODUCTION AND IDENTIFICATION OF DOCUMENTS AND THINGS

7. PLAINTIFF'S RESPONSE TO DEFENDANT'S STANDARD INTERROGATORIES – SET ONE

8. PLAINTIFF'S RESPONSE TO DEFENDANT'S STANDARD INTERROGATORIES – SET TWO

9. PLAINTIFF'S RESPONSE TO DEFENDANT'S STANDARD INTERROGATORIES – FRICTION

**EXHIBIT "4"**

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| PAUL HANLEY & HARLEY, LLP<br>1608 FOURTH STREET, #300<br>BERKELEY, CA 94710<br>TELEPHONE NO.: 510-559-9980   FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): PLAINTIFF(S) | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO
STREET ADDRESS: 400 McCALLISTER STREET
MAILING ADDRESS:
CITY AND ZIP CODE: SAN FRANCISCO, CA 94102
BRANCH NAME: SAN FRANCISCO

PLAINTIFF/PETITIONER: EVERETT HOGGE; PRISCILLA HOGGE

DEFENDANT/RESPONDENT: A. W. CHESTERTON COMPANY, etal.

CASE NUMBER: 452846

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.:

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☐ summons
   b. ☐ complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☑ other *(specify documents)*: SEE ATTACHMENT

3. a. Party served *(specify name of party as shown on documents served)*:
   SEPCO CORPORATION

   b. Person served: ☐ party in item 3a ☑ other *(specify name and relationship to the party named in item 3a)*:
   CT CORPORATION, AGENT FOR SERVICE - RECEIVED BY MARIA SANCHEZ

4. Address where the party was served: 818 WEST 7th STREET, 2nd FLOOR, LOS ANGELES, CA 90017

5. I served the party *(check proper box)*
   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: 6/8/2006   (2) at *(time)*: 1:55 PM
   b. ☐ **by substituted service.** On *(date)*:   at *(time)*:   I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b)*:

   (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:   from *(city)*:   or ☐ a declaration of mailing is attached.

   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. July 1, 2004]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

American LegalNet, Inc.
www.USCourtForms.com

| PLAINTIFF/PETITIONER: EVERETT HOGGE; PRISCILLA HOGGE | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: A. W. CHESTERTON COMPANY, etal. | 452846 |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date)*:                      (2) from *(city)*:

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section)*:

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify)*:
   c. ☐ as occupant.
   d. ☑ On behalf of *(specify)*: SEPCO CORPORATION
      under the following Code of Civil Procedure section:
      
      ☑ 416.10 (corporation)           ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)     ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership) ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)          ☐ 415.46 (occupant)
                                                     ☐ other:

7. **Person who served papers**
   a. Name: EDDY LANUZA
   b. Address: 2781 SATURN STREET, #L, BREA. CA 92821
   c. Telephone number: 714/854-7240
   d. The fee for service was: $ 45.00
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☑ registered California process server:
         (i) ☐ owner ☑ employee ☐ independent contractor.
         (ii) Registration No.: 1009
         (iii) County: ORANGE

8. ☑ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: 6/9/2006

EDDY LANUZA                            ▶
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)             (SIGNATURE)

## ATTACHMENT TO PROOF OF SERVICE

1. SUMMONS & COMPLAINT
2. PRELIMINARY FACT SHEET
3. CIVIL CASE COVER SHEET
4. STATUS AND SETTING CONFERENCE DATE
5. ADR INFORMATION PACKET
6. PLAINTIFF'S RESPONSE TO DEFENDANT'S STANDARD REQUEST FOR PRODUCTION AND IDENTIFICATION OF DOCUMENTS AND THINGS
7. PLAINTIFF'S RESPONSE TO DEFENDANT'S STANDARD INTERROGATORIES - SET ONE
8. PLAINTIFF'S RESPONSE TO DEFENDANT'S STANDARD INTERROGATORIES - SET TWO
9. PLAINTIFF'S RESPONSE TO DEFENDANT'S STANDARD INTERROGATORIES – FRICTION

# EXHIBIT "5"

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Dean A. Hanley (Bar No. 169507)<br>Philip A. Harley (Bar No. 147407)<br>Paul, Hanley & Harley, LLP<br>1608 Fourth Street, Suite 300<br>Berkeley, CA 94710<br>TELEPHONE NO.: (510) 559-9980   FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO
STREET ADDRESS: COURT OF UNLIMITED JURISDICTION
MAILING ADDRESS: COUNTY OF SAN FRANCISCO
CITY AND ZIP CODE: 400 MCALLISTER STREET
BRANCH NAME: San Francisco, California 94102

PLAINTIFF/PETITIONER: Everett Hogge and Priscilla Hogge

DEFENDANT/RESPONDENT: A.W. Chesterton Company, et al.

CASE NUMBER:
452846

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.:

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [X] summons
   b. [X] complaint
   c. [X] Alternative Dispute Resolution (ADR) package
   d. [X] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [X] other *(specify documents)*: SEE ADDITIONAL PAGE

3. a. Party served *(specify name of party as shown on documents served)*: PLANT INSULATION COMPANY

   b. Person served: [ ] party in item 3a  [X] other *(specify name and relationship to the party named in item 3a)*:
   JAN P., PERSON AUTHORIZED TO RECEIVE SERVICE

4. Address where the party was served: 2271 CALIFORNIA ST., SAN FRANCISCO, CA 94115

5. I served the party *(check proper box)*
   a. [X] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: JUNE 8, 2006   (2) at *(time)*: 11:45 A.M.
   b. [ ] **by substituted service.** On *(date)*:   at *(time)*:   I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b)*:

      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:   from *(city)*:   or [ ] a declaration of mailing is attached.

      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. July 1, 2004]

**PROOF OF SERVICE OF SUMMONS**

Legal Solutions Plus

Code of Civil Procedure, § 417.10

| PLAINTIFF/PETITIONER: Everett Hogge and Priscilla Hogge | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: A.W. Chesterton Company, et al. | 452846 |

    c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

        (1) on *(date):*                 (2) from *(city):*

        (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

        (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

    d. ☐ **by other means** *(specify means of service and authorizing code section):*

        ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
    a. ☐ as an individual defendant.
    b. ☐ as the person sued under the fictitious name of *(specify):*
    c. ☐ as occupant.
    d. ☒ On behalf of *(specify):* PLANT INSULATION COMPANY
        under the following Code of Civil Procedure section:

        ☒ 416.10 (corporation)                   ☐ 415.95 (business organization, form unknown)
        ☐ 416.20 (defunct corporation)           ☐ 416.60 (minor)
        ☐ 416.30 (joint stock company/association)   ☐ 416.70 (ward or conservatee)
        ☐ 416.40 (association or partnership)        ☐ 416.90 (authorized person)
        ☐ 416.50 (public entity)                    ☐ 415.46 (occupant)
                                                          ☐ other:

7. **Person who served papers**
    a. Name: BRIAN D. BLAKE
    b. Address: 1608 FOURTH STREET, SUITE 300, BERKELEY, CA 94710
    c. Telephone number: (510) 559-9980
    d. The fee for service was: $
    e. I am:

        (1) ☒ not a registered California process server.
        (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
        (3) ☐ registered California process server:
            (i) ☐ owner   ☐ employee   ☐ independent contractor.
            (ii) Registration No.:
            (iii) County:

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. ☐ **I am a California sheriff or marshal** and I certify that the foregoing is true and correct.

Date: JUNE 29, 2006

BRIAN D. BLAKE
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)    ▶     (SIGNATURE)

POS-010 [Rev. July 1, 2004]          **PROOF OF SERVICE OF SUMMONS**          Page 2 of 2

| SHORT TITLE: EVERETT HOGGE AND PRISCILLA HOGGE v. A.W. Chesterton Company, et al. | CASE NUMBER: 452846 |
|---|---|

1. Preliminary Fact Sheet
2. Status and Setting Conference Date
3. Plaintiff's Response to Defendants' Standard Request for Production and Identification of Documents and Things
4. Plaintiff's Response to Defendants' Standard Interrogatories - Set No. One
5. Plaintiff's Response to Defendants' Standard Interrogatories - Set No. Two
6. Plaintiff's Response to Defendants' Standard Interrogatories-Friction
7. Plaintiff's Response to Defendants' Standard Interrogatories-Loss of Consortium

(Required for verified pleading) The items on this page stated on information and belief *(specify item numbers, **not** line numbers)*:

This page may be used with any Judicial Council form or any other paper filed with this court.  Page___

Form Approved by the Judicial Council of California
MC-020 [New January 1, 1987]
Optional Form

**ADDITIONAL PAGE**
Attach to Judicial Council Form or Other Court Paper

Legal Solutions Plus

CRC 201, 501

# Everett Hogge / Mx64 / 10293
# COURIER SERVICE LIST

Re:   Everett Hogge and Priscilla Hogge, v. A.W. Chesterton Company, et al.
      SFSC Case No. 452846

1. Summons;
2. Complaint;
3. Preliminary Fact Sheet;
4. Civil Case Cover Sheet;
5. Status and Setting Conference Date;
6. Alternative Dispute Resolution (ADR) Information Package;
7. Plaintiff's Response to Defendants' Standard Request for Production and Identification of Documents and Things;
8. Plaintiff's Response to Defendants' Standard Interrogatories – Loss of Consortium;
9. Plaintiff's Response to Defendants' Standard Interrogatories – Friction;
10. Plaintiff's Response to Defendants' Standard Interrogatories – Set No. One;
11. Plaintiff's Response to Defendants' Standard Interrogatories – Set No. Two;

**BERRY & BERRY**
2930 Lakeshore Ave.
Oakland, CA 94610

Documents Received by:
_____

Date:_____ Time:_____
Served by:_____

**DARCOID COMPANY OF CALIFORNIA, THE**
Allen Armstrong, President
950 3RD ST.
OAKLAND, CA 94607

Documents Received by:
_____

Date:_____ Time:_____
Served by:_____

**J.T. THORPE & SON, INC.**
Jeffery Fadeff
BASSI, MARTINI & BLUM
351 California Street, Suite 200
San Francisco, CA 94104

Documents Received by:
_____

Date:_____ Time:_____
Served by:_____

**PLANT INSULATION COMPANY**
Monte S. Travis
Law Offices of Travis & Pon
2271 California Street
San Francisco, CA 94115

Documents Received by: — Jan P.
_____

Date: 9/6/06  Time: 11:45 am
Served by: BDB

Page 1 of 1