1  Dean A. Hanley, Esq.  (State Bar No. 169507)
   Philip A. Harley, Esq.  (State Bar No. 147407)
2  Deborah R. Rosenthal, Esq. (State Bar No. 184241)
   PAUL, HANLEY & HARLEY LLP
3  1608 Fourth Street, Suite 300
   Berkeley, California 94710
4  Telephone:  (510) 559-9980
   Facsimile:   (510) 559-9970
5  Email: pharley@phhlaw.com
   Email: drosenthal@phhlaw.com
6  Attorneys for Plaintiffs

7

8                      UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10                          SAN FRANCISCO DIVISION

11 | EVERETT HOGGE and PRISCILLA      ) Case No.: C 07 2873 EDL
   | HOGGE,                           )
12 |                                  ) **[PROPOSED] ORDER GRANTING**
   |         Plaintiffs,              ) **PLAINTIFF'S MOTION FOR REMAND**
13 |                                  ) **FOR LACK OF JURISDICTION**
   | vs.                              )
14 |                                  )
   | A.W. CHESTERTON COMPANY, *et al*,)
15 |                                  ) Hearing Date:   July 10, 2007
   |         Defendants.              ) Time:           9:00 a.m.
16 |                                  ) Courtroom:      E, 15th Floor
   |                                  ) Magistrate Judge: Hon. Elizabeth D. Laporte
17 |                                  )
   |                                  )
18 |_____)

19     This matter came on regularly for hearing on July 10, 2007, before the Honorable

20 Elizabeth D. Laporte in the above-entitled Court, with counsel for plaintiffs EVERETT HOGGE

21 and PRISCILLA HOGGE and counsel for defendant JOHN CRANE INC. appearing. Based on

22 the papers filed herein, upon hearing of oral argument and for good cause shown,

23     IT IS HEREBY ORDERED that plaintiffs' motion for remand of this action to the

24 Superior Court of California, City and County of San Francisco, is GRANTED. This Court lacks

25 subject matter jurisdiction because at least one California defendant remains in this action.

26

27

28 **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR REMAND FOR LACK OF JURISDICTION**
                                    PAGE 1

S:\Clients\Plaintiffs\H\Hogge, Everett 10293\Motions\JOHNCRANE remand - prop order.dc4

1  Furthermore, defendant failed to obtain unanimous consent of the remaining defendants before
2  removing this action, rendering its removal petition procedurally defective.
3      IT IS FURTHER ORDERED that plaintiffs are entitled to seek costs incurred as a result
4  of the removal.

DATED: July 10, 2007

_____
HONORABLE ELIZABETH D. LAPORTE

28 [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR REMAND FOR LACK OF JURISDICTION

PAGE 2

S:\Clients\Plaintiffs\H\Hogge, Everett 10293\Motions\JOHNCRANE remand - prop order.doc