Dean A. Hanley, Esq. (State Bar No. 169507)
Philip A. Harley, Esq. (State Bar No. 147407)
Deborah R. Rosenthal, Esq. (State Bar No. 184241)
PAUL, HANLEY & HARLEY LLP
1608 Fourth Street, Suite 300
Berkeley, California 94710
Telephone:  (510) 559-9980
Facsimile:   (510) 559-9970
Email:  pharley@phhlaw.com
Email:  drosenthal@phhlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EVERETT HOGGE and PRISCILLA HOGGE,<br><br>    Plaintiffs,<br><br>vs.<br><br>A.W. CHESTERTON COMPANY, *et al*,<br><br>    Defendants. | Case No.: C07 2873 EDL<br><br>**CERTIFICATE OF SERVICE**<br><br>[FRCivP 4(d)]<br><br>Hearing Date:    July 10, 2007<br>Time:            9:00 a.m.<br>Courtroom:      E, 15th Floor<br>Magistrate Judge:  Hon. Elizabeth D. Laporte |

# CERTIFICATE OF SERVICE - FRCivP 4(d)

I am employed in the County of Alameda, State of California, I am over the age of 18 years and not a party to the within action. My business address is 1608 Fourth Street, Suite 300, Berkeley, CA 94710. On June 4, 2007, I served the foregoing:

- **PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR REMAND;**

- **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' MOTION FOR REMAND**

- **DECLARATION OF DEAN A. HANLEY IN SUPPORT OF PLAINTIFFS' MOTION FOR REMAND**

- **DECLARATION OF STEPHEN J. HEALY IN SUPPORT OF PLAINTIFFS' MOTION TO REMAND**

- **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR REMAND FOR LACK OF JURISDICTION**

- **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

and a copy of this declaration to the interested parties herein as follows:

[X]   By personal delivery of a true copy thereof to:

[ ]   By transmittal from a facsimile machine whose telephone number is (510) 559 9970:

[ ]   By placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the US mail at Berkeley, California, addressed as set forth by the attached Service List. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the US Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration:

[ ]   By submitting an electronic version to ECF for service upon:

**Attorneys for Defendant JOHN CRANE, INC.**
HASSARD BONNINGTON, LLP
Two Embarcadero Center, Suite 1800
San Francisco, CA  94111
Phone:  (415) 288-9800
FAX     (415) 288-9802

**PROOF OF SERVICE**
S:\Clients\Plaintiffs\H\Hogge, Everett 10293\POS\ALLD Mtn to Remand Reply Cert POS.doc

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed in Berkeley, California.

DATE: June 4, 2007

_____
Maureen Crane

<u>Everett Hogge, et al. v. A.W. Chesterton Company, et al.</u>
Northern District of California Case No. C07 2873 EDL