**EXHIBIT B**

12/05/2006 08:52 FAX                                                                    @002

Duke University Medical Center

CURRICULUM VITAE
for
Permanent Record
and the
Appointments and Promotions Committee

Date prepared: September 2006

Name: David Harold Harpole, Jr., M.D.

Primary Academic Appointment: Division of Thoracic Surgery, Department of Surgery.

Secondary Appointment: Department of Pathology

Social Security Number: 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

Present Academic Rank and Title: Professor of Surgery with Tenure
                                 Associate Professor of Pathology

Date and rank of first Duke Faculty appointment: April 1, 1996

Medical Licensure:
| | |
|---|---|
| 1985 | Diplomat, National Board of Medical Examiners No. 301073 |
| 1985 | Board of Medical Examiners State of North Carolina No. 29585 |
| 1993 | Massachusetts Board of Registration in Medicine No. 77515 (Inactive) |

Specialty Certification and Dates:
| | | |
|---|---|---|
| 1993 | American Board of Surgery No. 38463, | Re-certified 2002 |
| 1994 | American Board of Thoracic Surgery No. 5468, | Re-certified 2003 |

Date of birth: April 5, 1958          Place: New Orleans, LA

Citizen of:   United States of America

Spouse:       Linda H. Harpole, M.D., M.P.H.

Children:     Lauren Rebecca (8/6/99), Sydney Catherine (10/29/01), Caroline Dana (10/29/01)

| Education: | Place | Date | Degree |
|---|---|---|---|
| High School: | North Cross School Roanoke, VA. | 6/76 | Diploma |

12/05/2006 08:52 FAX                                                                                    ☑003

25.    Meyerson SL, Harpole DH. Bronchial gland tumors. In Pearson FG, Cooper JD, Deslauriers J, et al (eds): Thoracic Surgery 3rd edition. New York, NY, Churchill Livingstone, in press.

26.    Onaitis M, Harpole DH, Jr., Mediastinoscopy. In Mastery of Thoracic Surgery, Kaiser L, ed., Elsevier Saunders, Philadelphia 2006.

27.    Posther KE, Harpole DH, Jr. The Surgical Management of Lung Cancer. In Seminars of Oncology, 2005

28.    Meyerson SL, Harpole DH. Surgical treatment of bronchopleural fistula after pneumonectomy. In Sugarbaker DJ, Bueno R, Zellos L (eds): Adult Chest Surgery: Concepts and Procedures. New York, NY, The McGraw Hill Companies, in press.

29.    Burfeind WR, Jr., Harpole DH, Jr. Surgical Strategies and Outcomes after Induction Therapy for Non-Small Cell Lung Cancer. In: Seminars of Cardiothoracic Surgery, 2005

30.    Meyerson SL, Harpole DH. Induction therapy for stage IIIA (N2) lung cancer. In Ferguson MK (ed): Difficult Decisions in Thoracic Surgery: An Evidence-Based Approach. Guildford, UK, Springer Verlag London Ltd, in press.

31.    Meyerson SL, Harpole DH, Jr. Lung Cancer Staging: Proteomics. Thoracic Surgery Clinics of North America. Thomas D'Amico editor., 2006

32.    Petersen RP, Harpole DH, Jr.. Molecular Prognostic Markers in Stage I Non-small Cell Lung Cancer. Thoracic Surgery Clinics of North America, Rodney Landreneau editor, 2006

4. Books:
1.    Management of Non-Small Cell Lung Cancer. Roy Herbst, MD, David H. Harpole, Jr. MD, Mark A. Socinski, MD: In preparation

5. Other:
       a. Published Scientific Reviews
       Diagnosis and Management of Lung Cancer: ACCP Evidence-based Guideline. CHEST 123: 1s-388S, 2003

       b. Selected Abstracts:

1.    Harpole DH Jr, Skelton TN, Davidson CJ, Jones RH, Bashore TM. Validation of left ventricular stroke work measured by digital subtraction angiography and first-pass radionuclide angiocardiography in patients with aortic stenosis. Clin Res 1988; 36:282a.

2.    Harpole DH Jr, Skelton TN, Davidson CJ, Jones RH, Bashore TM. The acute effects of balloon aortic valvuloplasty on ventricular performance. Circulation 1987; 76 Suppl

IV:495.

3. Harpole DH Jr, Jones RH, Bashore TM.  Serial evaluation of left ventricular function after aortic valvuloplasty utilizing first-pass radionuclide angiocardiography.  Circulation 1987; 76 Suppl IV: 522.

4. Davidson CJ, Harpole DH Jr, Skelton TN, Kisslo KB, Kisslo JA, Jones RH, Bashore TM.  The early rise in the aortic gradient following aortic valvuloplasty is due to improved left ventricular performance.  J Am Coll Cardiol 1988; 11:220a.

5. Harpole DH Jr, Wolfe WG, Rankin JS, Clements FM, Jones RH.  Efficacy of crystalloid cardioplegia during cardiac valvular operations.  Circulation 1988; 78 Suppl II:185.

6. Harpole DH Jr, Skelton TN, Jones RH.  Systolic performance using radionuclide angiography and micromanometer pressure at baseline and six months after aortic valvuloplasty.  Circulation 1988; 78 Suppl II:530.

7. Harpole DH Jr, Rankin JS, Wolfe WG, Jones RH.  Changes in left ventricular systolic load immediately following valve replacement. Circulation 1989; 80 Suppl II:424.

8. Gall SA, Harpole DH Jr, Rankin JS, Glower DD, Jones RH.  Intrinsic myocardial performance in volume versus pressure overload hypertrophy during prosthetic valve replacement. Circulation 1990; 82 Suppl III:776.

9. Kearney D, Harpole DH Jr, Wormuth D, DeCamp M, Mentzer S, Strauss G, Healey, Mayer R, Sugarbaker D.  A multimodal approach to esophageal cancer. Proc Am Soc Clin Oncol, 1994.

10. DeCamp, M, Jaklitsch MT, Harpole DH Jr, Mentzer SJ, Sugarbaker DJ.  An improved videothoracoscopic technique proves superior to axillary thoracotomy in the surgical management of spontaneous pneumothorax.  Am J Respir Crit Care Med 1994; 149 (4 pt 2):A511.

11. Harpole DH Jr, DeCamp MM Jr, Mentzer SJ, Reilly JJ Jr, O'Donnell W, Sugarbaker DJ.  A prospective analysis of dysrhythmias after pneumonectomy. Am J Respir Crit Care Med 1994; 149(4 pt 2):A507.

12. Jaklitsch MT, Harpole DH Jr, DeCamp MM, Mentzer SJ, Reilly JJ, O'Donnell WJ, Sugarbaker DJ.  Video-assisted thoracic surgery reduces expected operative mortality in the elderly. Am J Respir Crit Care Med 1994; 149(4 pt 2):A510.

13. Wormuth DW, Reilly JJ, Mentzer SJ, O'Donnell WJ, Harpole DH Jr, DeCamp MM, Sugarbaker DJ.  Frequent isolation of oral flora from the distal tracheo-bronchial tree of lung transplant patients with post-transplant pneumonia.  Am J Respir Crit Care Med 1994; 149(4 pt 2):A739.

14.   Harpole DH Jr, Sleckman BG, Strauss, GM, Sugarbaker DJ. Multimodality therapy for chest wall invasive lung cancer. Proc Society of Surgical Oncology 47:31, 1994

15.   DeCamp MM Jr, Jaklitsch MT, Mentzer SJ, Harpole DH Jr, Sugarbaker DJ. The safety and versatility of video-thoracoscopy: a prospective analysis of 516 cases. The Plenary Session of the American College of Surgeons, Chicago, IL, 1994.

16.   Sugarbaker DJ, Jaklitsch MT, DeCamp MM Jr, Harpole DH Jr, Swanson S. Safety of video-assisted thoracic surgery (VATS): prospective analysis of 626 cases. The Second European Conference on Thoracic Malignancies 1994, Siena, Italy.

17.   DeCamp MM, Roberts JR, Jaklitsch MT, Harpole DH Jr, Mentzer SJ, Swanson SJ, Sugarbaker DJ. Thoracoscopy is safe and effective in the management of malignant pericardial tamponade. Proc Society of Surgical Oncology 48: 23, 1995.

18.   Healey EA, Recht A, Mentzer SJ, Strauss GM, Harpole DH Jr, DeCamp MM, Swanson SJ, Sugarbaker DJ. Patterns of failure following planned tri-modality therapy for malignant mesothelioma. Proc Society of Surgical Oncology 48: 25, 1995.

19.   Swanson, SJ, Harpole DH Jr, DeCamp MM, Healey EA, Mentzer SJ, Wormuth D, Strauss GM, Sugarbaker DJ. Feasibility of intrapericardial pneumonectomy for lung cancer following induction therapy. Proc Am Soc Clin Oncol, 1995.

20.   Sugarbaker DJ, Harpole DH Jr, Healey EA, DeCamp MM, Mentzer SJ, Liptay MJ, Strauss G, Swanson SJ, Antman K, Multimodality treatment of malignant pleural mesothelioma, results in 94 consecutive patients. Proc Am Soc Clin Oncol, 1995.

21.   Harpole DH Jr, Amos AM, Alexander E, Loeffler J, Swanson SJ, DeCamp MM, Mentzer SJ, Skarin A, Richards WR, Black P, Sugarbaker DJ. Stage of the primary is important when treating isolated brain metastases from lung cancer Proc Am Soc Clin Oncol, 1996.

22.   Kwiatkowski DJ, Harpole DH Jr, Godleski J, Shieh D, Blanco R, Richards W, Herndon J, Strauss G, Sugarbaker DJ. Prognostic factor analysis of 250 Stage I NSCLC Patients: Pathologic features are more important than molecular analyses Proc Am Soc Clin Oncol, 1997.

23.   DeCamp MM, Strauss GM, Kwiatkowski DJ, Harpole DH Jr, Godleski J, Shieh D, Blanco R, Richards W, Herndon J, Sugarbaker DJ. Gender Predicts Survival in Stage I NSCLC: Clinico-pathologic and molecular analysis of 250 patients. 8th World Conference on Lung Cancer 1998.

24.   Harpole DH Jr, Moore MH, Aloia TA, Sporn TA, Conlon DH, Wolfe WG, and D'Amico TA. Molecular markers of treatment resistance or sensitivity in esophageal cancer patients. Proc Am Soc Clin Oncol, 1999.

25.   Aloia TA, Moore MH, D'Amico TA, Hara M, Herndon EF, Patz EF, Harpole DH Jr.

Positron emmission tomography SUR score correlates with the presence of glucose transporters in non-small cell lung cancer tumors. Proc Am Soc Clin Oncol, 1999.

26. Aloia TA, Moore MB, Conlon D, Harpole DH Jr, D'Amico TA. Expression of angiogenesis factor viii is elevated in cerebral metastases from non-small cell lung cancer. Proc Society of Surgical Oncology 53:19, 2000.

27. Harpole DH Jr., Moore MB, Herndon JA, Aloia TA, Conlon DH, D'Amico TA. Serum Markers in Localized Non-small Cell Lung Cancer. March 2000 Proc of Am Assoc Cancer Res A4397; 2000.

28. Moore-Joshi MB, Danenberg KD, Lord RV, Uteake H, Danenberg PV, Harpole DH Jr. Low Thymidulate Synthase and ERCC1 Gene Expressions are associated with increased survival after neoadjuvant 5-FU/Cisplatin/Radiotherapy for Esophageal Adenocarcinoma. Proc Am Soc Clin Oncol, 2000.

29. Aloia TA, Harpole DH Jr., D'Amico TA. CK19 is superior to MUC1 as a marker of micrometastases in patients with on-small cell lung cancer. Surgical Forum 2000.

30. Onaitis M, Harpole DH Jr., Hartwig M, Amico TA, Moore MB, Pendergast AM, Tyler D. Novel alterations of the adaptor protein crkl in lung cancer. Surgical Forum 2000.

31. Salgia R, Harpole DH Jr., Herndon JA, Pisick E, Elias A, Skarin A. Role of serum tumor markers CA125 and CEA in non-small cell lung cancer. 9th World Conference on Lung Cancer 2000.

32. Aloia TA, Harpole DH Jr, Moore MB, Reed CA, Allegra CA, D'Amico TA Molecular biologic staging in patients with node-negative esophageal carcinoma. Proc. Southern Thoracic Surg Assoc, 2000.

33. D'Amico TA, Moore MB, Aloia TA, Conlon D, Harpole DH Jr. Predicting the site of metastases from lung cancer using molecular biologic markers. Proc. Southern Thoracic Surg Assoc, 2000.

34. Kelley MJ, Li S, Harpole DH, Jr. Mutational analysis of beta-tubulin gene (TUBB) in non-small cell lung cancer. Proc Soc Clin Oncol, 2001

35. Harpole LH, Nolte, KC, D'Amico TA, Crawford JN, Harpole DH, Jr. Assessing lung cancer patient outcome at point of service, Proc Soc Clin Oncol, 2001

36. Harpole DH, Jr, To K, Moore MB, Brooks KR, Conlon DH, Aloia A, D'Amico, TA Measurement of Navelbine resistance markers in patients with stage III non-small cell lung cancer: A Novel Approach for Patient Selection. Proc. Southern Thoracic Surg Assoc, 2001

37. Brooks KR, Aloia TA, Harpole DH, Jr., D'Amico TA. Bone Marrow CK-19 rt-PCR

12/05/2006 08:57 FAX                                                                 @004

correlates with stage in patients with non-small lung cancer, Surgical Forum 2002.

38.   Brooks, KR, Joshi MBM, Conlon D, D'Amico TA, Herndon J, Harpole DH, Jr. Serum
      protein expression as a marker of disease failure in clinical stage I non-small cell lung
      cancer, 2003 Annual Session of the American Association for Cancer Research, Toronto

39.   Vlahovic G, Joshi MBM, Herndon J, Crawford J, Harpole DH, Jr. Frequency of STI571
      specific tyrosine kinase expression in stage I non-small cell lung cancer (NSCLC). 2003
      Annual Session of the American Association for Cancer Research, Toronto, CA

40.   Atkins, BZ, Shah AS, Hutcheson TN, Pappas TN, Harpole DH, Jr., D'Amico TA.
      Improving outcomes following esophagogastrectomy the importance of pulmonary
      complications. 50th Annual Session of the Southern Thoracic Surgical Association,
      Bonita Springs, FL, 2003

41.   Brooks K, Harpole DH, Jr., Moore MB, Conlon D, D'Amico TA. Serial measurment of
      serum markers in patients with non-small cell lung cancer. 50th Annual Session of the
      Southern Thoracic Surgical Association, Bonita Springs, FL, 2003

42.   Burfeind WR, D'Amico TA, Toloza E, Wolfe WG, Harpole DH, Jr .Low morbidity and
      mortality for bronchoplastic procedures with and without induction therapy. 51st Annual
      session of the Southern Thoracic Surgical Association, Cancun, Mexico, Nov 2004

43.   Lemaire A, Burfeind WR, Balderson S, D'Amico TA, Harpole, DH, Jr. Benefits and risks
      of trachobronchial stent placement in patients with malignant airway disease. 51st Annual
      session of the Southern Thoracic Surgical Association, Cancun, Mexico, Nov 2004.

44.   Lemaire A, Burfeind WR, Balderson S, D'Amico TA, Harpole, DH, Jr. Benefits and risks
      of trachobronchial stent placement in patients with benign airway disease. ACCP Annual
      meeting, Oct, 2004

45.   Moore Joshi MB, Petersen RP, Miller C, Conlon D, Brooks K, D'Amico TA, Harpole
      DH, Jr. Serial assessment of serum markers predicts recurrence in patients with localized
      non-small cell lung cancer. IASLC World Lung Cancer Bi-annual Meeting, Barcelona,
      Spain, July 2005 (Lung Cancer 2005; 49:S95)

46.   Petersen RP, Moore Joshi MB, Potti A, Nevins J, Harpole DH, Jr. Gene expression array
      profiles and patients with early stage non-small cell lung cancer. IASLC World Lung
      Cancer Bi-annual Meeting, Barcelona, Spain, July 2005 (Lung Cancer 2005; 49:O122)

47.   Ramiah VS, Potti A, Peterson RP, Harpole DH, Jr., Lancaster L, Berchuck A, Ortel
      T.Gene Expression Patterns Identify Patients With Non-Small Cell Lung Cancer
      (NSCLC) And Ovarian Cancer Who Are At Increased Risk Of Venous
      Thromboembolism (VTE). Hematology and Thrombosis Society Annual Meeting, 2006

48.   M. M. Joshi, R. P. Petersen, D. E. Conlon, K. Tanaka, D. Shimizu, H. Kuramochi, M. Williams, P. V. Danenberg, K. D. Danenberg, D. H. Harpole. Differential canonical pathways derived from microarrays using RNA from paraffin-embedded non-small cell lung cancer tissue. American Society of Clinical Oncology Annual Meeting, Atlanta, GA, June 2006

49.   Strauss GM, Herndon JE, Maddaus MA, Harpole DH, Johnstone DW, Johnson EA, Watson DM, Sugarbaker DJ, Schilsky RA, Vokes EE, Green MR. Aduvant chemotherapy in stage IB non-small cell lung cancer (NSCLC): Update of Cancer and Leukemia Group B (CALGB) protocol 9633. PASCO 365s, abstract no. 7007, 2006

50.   Potti A, Mukherjee S, Prince R, Dressman HK, Bild A, Koontz J, Kratzke R, Watson MA, Kelley M, Ginsburg G, West M, Nevins JR, , Harpole DH, Jr. A Genomic Strategy to Refine Prognosis and Therapeutic Decision for Adjuvant Therapy in Non-Small Cell Lung Carcinoma. American Society of Clinical Oncology Annual Meeting, Atlanta, GA, June 2006

c.    **Editorials, Position, and Background Papers:**
1.    Expression of molecular markers in early stage lung cancer, Clin Lung Cancer, 1999.

2.    Expression of Her2-neu measured by immunohistochemistry or ELISA, Ann Thorac Surg 2000.

d.    **Invited Presentations**

1.    Harpole DH Jr, Bigelow C, Young WG, Wolfe WG, Sabiston DC. Alveolar cell carcinoma: a retrospective analysis of 205 patients. Presented at the 34th Annual Meeting of the Southern Thoracic Surgical Association, 1987.

2.    Harpole DH Jr, Jones RH. Postoperative evaluation of ventricular function on coronary artery bypass grafting patients using the radionuclide angiocardiogram. Duke University Medical Center Cardiovascular Symposium 1987; 23:5.

3.    Harpole DH Jr, Skelton TN, Davidson CJ, Jones RH, Bashore TM. The acute effects of balloon aortic valvuloplasty on ventricular performance. Presented at the 60th Annual Session of the American Heart Association

4.    Harpole DH Jr, Jones RH, Bashore TM. Serial evaluation of left ventricular function after aortic valvuloplasty utilizing first-pass radionuclide angiocardiography Presented at the 60th Annual Session of the American Heart Association.

5.    Davidson CJ, Harpole DH Jr, Skelton TN, Kisslo KB, Kisslo JA, Jones RH, Bashore TM. The early rise in the aortic gradient following aortic valvuloplasty is due to improved left ventricular performance. Presented at the 11th Annual Session of the American College of Cardiology.

12/05/2006 08:59 FAX    @006

6.      Harpole DH Jr, Wolfe WG, Rankin JS, Clements FM, Jones RH. Efficacy of crystalloid cardioplegia during cardiac valvular operations. Presented at the 61st Annual Session of the American Heart Association.

7.      Harpole DH Jr, Skelton TN, Jones RH. Systolic performance using radionuclide angiography and micromanometer pressure at baseline and six months after aortic valvuloplasty. Presented at the 61st Annual Session of the American Heart Association.

8.      Harpole DH Jr, Jones RH. Serial assessment of ventricular function after aortic valve replacement for aortic stenosis. Duke University Medical Center Cardiovascular Symposium 1988; 24:13.

9.      Harpole DH Jr, Rankin JS, Wolfe WG, Young WG, VanTrigt P, Jones RH. Effects of standard mitral valve replacement on left ventricular function. Duke University Medical Center Cardiovascular Symposium 1989; 25:3.

10.     Harpole DH Jr, Rankin JS, Wolfe WG, Jones RH. Changes in left ventricular systolic load immediately following valve replacement. Presented at the 62nd Annual Session of the American Heart Association.

11.     Harpole DH Jr, Rankin JS, Wolfe WG, Young WG VanTrigt P, Jones RH. Effects of standard mitral valve replacement on left ventricular function. Presented at the 25th Annual Meeting of the Society of Thoracic Surgeons, 1989.

12.     Harpole DH Jr, Johnson CM, Wolfe WG, George SL, Seigler HF. Analysis of 945 cases of pulmonary metastatic melanoma. Presented at the 17th Annual Meeting of the Western Thoracic Surgical Association, 1991.

13.     Harpole DH Jr, Feldman JM, Buchanan S, Young WG, Wolfe WG. Bronchial Carcinoid Tumors. Presented at the 38th Annual Meeting of the Southern Thoracic Surgical Association, 1991.

14.     Harpole DH Jr. Diagnosis and treatment of melanoma involving the lung. Presented at the Sixth Annual Session of the Melanoma Consortium, 1993.

15.     Harpole DH Jr, Sleckman BG, Strauss, GM, Sugarbaker DJ. Multimodality therapy for chest wall invasive lung cancer. Presented at the 47th Annual Session of the Society of Surgical Oncology, 1994.

16.     Harpole DH Jr, DeCamp MM Jr, Mentzer SJ, Reilly JJ Jr, O'Donnell W, Sugarbaker DJ. A prospective analysis of dysrhythmias after pneumonectomy.    Am J Respir Crit Care Med 1994; 149(4 pt 2):A507. Presented at the 70th Annual Session of the American Lung Association / American Thoracic Society, 1994.

17.     Harpole DH Jr, Young WG, Wolfe WG. Stage I lung cancer: A multivariate analysis of 289 cases. Presented at the 80th Plenary Session of the Clinical Congress of the

American College of Surgeons, 1994.

18.    Harpole DH Jr, DeCamp MM, Daley J, Hur K, Oprian CA, Henderson WG, Sugarbaker DJ, Khuri SF and the Participants in the National VA Surgical Risk Study; Prognostic models of 30-day morbidity and mortality after major pulmonary resection. Presented at the 31st Annual Meeting of the Society of Thoracic Surgeons, 1995.

19.    Harpole DH Jr, Strauss GM, Sugarbaker DJ. Multimodality therapy for malignant pleural mesothelioma. Presented at 1995 Spring Meeting, The Cancer and Leukemia Group B.

20.    Harpole DH Jr, Herndon JE, Richards WG, Sugarbaker DJ. Angiogenesis and molecular biologic staging in localized lung cancer. Presented at the 42nd Annual meeting of the Southern Thoracic Surgical Association, 1995.

21.    Harpole DH Jr. The Evolution of Therapy for Patients with Stage IIIA (N2) Lung Cancer, Harvard Multimodality Therapy of Chest Malignancies – Update 96.

22.    Harpole DH Jr. Major Complications after Pulmonary Resections, American College of Surgeons Postgraduate Course-1996

23.    Harpole DH Jr. Molecular Biologic Staging in Non-small Cell Lung Cancer, American Society of Clinical Oncology Postgraduate Course-1997

24.    Harpole DH Jr. From Atypia to Metastasis in Non-small Cell Lung Cancer American College of Surgeons Postgraduate Course-1997

25.    Harpole DH Jr. Primary and Metastatic Chest Wall Tumors, Southern Thoracic Surgical Association Postgraduate Course-1997

26.    Harpole DH Jr. Molecular Biological Marker in Non-small cell lung cancer. American College of Chest Physicians Postgraduate Course-1998

27.    Harpole DH Jr. Molecular Biology of Lung Cancer. Southern Thoracic Surgical Association Postgraduate Course-1999

28.    Harpole DH Jr. Molecular Biology of Lung Cancer. 5th Annual Thoracic Oncology Seminar, Charleston, SC 2000

29.    Fungal Infections in the Immunocompromised Host. American College of Surgeons Postgraduate Course-2000

30.    Advances in the Therapy of Esophageal Cancer. Visiting Professor: University of Texas-Southwestern, Dallas, Tx, January 2001/

31.    Application of Molecular Biology into Clinical Treatment of Non-small Cell Lung Cancer. Visiting Professor: Oregon Health Science University, February 2001

32.     Invited Moderator, Thoracic Surgery Forum, American Association for Thoracic Surgery, 2001 San Diego CA.

33.     Surgical Therapy for Early Stage Lung Cancer. 6th Annual Perspectives in Thoracic Oncology, Charleston, SC Oct 2001

34.     Surgical Therapy for Stage III Non-small Cell Lung Cancer. National Oncology Research Council Chicago, IL April 2002

35.     Diagnosis and Management of Malignant Pleural Effusions. National Oncology Research Council New York, March 2002

36.     Diagnosis and Management of Malignant Pleural Effusions. National Oncology Research Council Washington, DC June 2002

37.     Surgical Therapy for Stage IIIA Non-small Cell Lung Cancer. 7th Annual Perspectives in Thoracic Oncology, New York, NY Oct 2002

38.     Background and Importance of Databases in Thoracic Surgery, Society of Thoracic Surgeons, San Diego CA, Feb 2003

39.     Invited Moderator, Thoracic Surgery Forum, American Association for Thoracic Surgery, 2003 Boston, MA.

40.     Advances in Therapy for Non-small Cell Lung Cancer, Visiting Professor: Case Western Reserve University, Cleveland OH, March 2003

41.     Innovated Surgical Approaches to Patients with Lung Cancer, Visiting Professor: Cancer Center of Central Pennsylvania, Penn State School of Medicine, Harrisburg, PA, March 2003

42.     Invited Speaker:  Lung Cancer Session: American Society of Clinical Oncology Annual Session, Chicago, IL, June 2003.

43.     Surgical Results of the National Emphysema Treatment Trial. Medical Grand Rounds, Duke University Medical Center, June 2003.

44.     General Thoracic Surgery Coding:  Society of Thoracic Surgeons Annual Coding Course, Fort Lauderdale, FL, Oct 2003

45.     Innovations in Surgery for Early Stage Lung Cancer. National Oncology Research Council Atlanta, GA, Oct 2003

46.     Surgical Staging for Non-small Cell Lung Cancer. 8th Annual Perspectives in Thoracic Oncology, New York, NY, Oct 2003

62. The STS General Thoracic Database: Past, Present and Future. Annual STS Database Training Event, Chicago, IL, Oct 2004

63. Innovations in Invasive Staging for Lung Cancer. National Oncology Research Council Boston, MA, Aug 2004

64. New Data in Adjuvant Therapy for Lung Cancer. National Oncology Research Council Miami, FL, Nov 2004

65. Adjuvant and Neoadjuvant Therapy for Stage IIIA Lung Cancer. National School of Oncology Annual Meeting, Las Vegas, NV Feb 2005

66. Proteomics in Non-small Cell Lung Cancer General Thoracic Surgery Club Scientific Session 2005, Naples, FL

67. Clinical Genomics in Non-small Cell Lung Cancer. 2nd Annual Winter Lung Cancer Conference, Miami, FL 2005

68. Controversies in Trimodailty Therapy for Stage III Non-small Cell Lung Cancer. National Oncology Research Council, New York City May 2005

69. Gene Expression Signatures for Prognosis in NSCLC. Proceedings of American Society of Clinical Oncology 2005

70. Monitoring Tumor Markers in Serial Sera Predicts Recurrence in NSCLC Proceedings of American Society of Clinical Oncology 2005

71. Clinical and Invasive Staging for Potentially Resectable Lung Cancer Patients. ACCP Clinical Update 2005, Boston, MA June 2005

72. Introduction to Industry-Sponsored Clinical Trials: Thoracic Oncology Experience. CALGB Semi-annual Meeting, St. Louis, MO June 2005

73. Genomics and Proteomics in Non-small Cell Lung Cancer. 11th IASLC World Lung Cancer Meeting, Barcelona, Spain, July 2005

74. Lung Cancer Gene Expression and Oncogenic Pathway Predictions in Non-small Cell Lung Cancer. Glaxo-Smith-Kline Visiting Scientist, Philadelphia, PA July 2005

75. Director of Cardiothoracic Postgraduate Course, Annual Clinical Congress of the American College of Surgeons, San Francisco, CA Oct 2005

76. Treatment Options for Stage III Non-small Cell Lung Cancer. National Oncology Research Council, Fort Lauderdale, Fl, Nov 2005

77.  A Genomic Prediction Model for Selecting Stage IA Patients for Adjuvant Therapy. CALGB Fall Meeting, Amelia Island, FL, Nov 2005

78.  Invited Thoracic Surgical Oncology Expert: Creating Guidelines and Educational Sessions: National School of Oncology, Seattle, WA Nov 2005.

79.  Invasive and Non-invasive Staging of Non-small Cell Lung Cancer. Reality Oncology: Lung Cancer, Fort Lauderdale, FL, Nov 2005

80.  Neoadjuvant Therapy for Stage IIIA Lung Cancer. National School of Oncology Annual Meeting, Las Vegas, NV Feb 2006

81.  Understanding Clinical Genomics and Lung Cancer. Visiting Professor: University of Pennsylvania, Philadelphia, Feb 2006

82.  Genomics and Selecting Patients for Lung Cancer Trials. Visiting Professor: MD Anderson Cancer Center, Houston, TX, Feb 2006

83.  Clinical trials in Lung Cancer: Where Do We Go From Here? Visiting Professor: University of Virginia, Charlottesville, VA, March 2006

84.  Invasive and Non-invasive Staging of Non-small Cell Lung Cancer. Reality Oncology: Lung Cancer, St Louis, MO, April 2006

85.  Invasive and Non-invasive Staging of Non-small Cell Lung Cancer. Reality Oncology: Lung Cancer, Indianapolis, IN, April 2006

86.  Treatment of Patients with Early-stage Non-small Cell Lung Cancer: An Evolving Paradigm. Grand Rounds. George Washington University, May 2006

87.  Harpole DH, Jr., Joshi MB, Petersen RP, Conlon DH, Tanaka K, Shimizu D, Kuramochi H, Williams M, Danenberg PV, Danenberg KD. A lung cancer genomic risk prediction model derived from paraffin-embedded tissue

88.  The Role of Genomics and Adjuvant Chemotherapy in Patients with Non-small Cell Lung Cancer. Medical Center grand Rounds, University of Miami School of Medicine, June 2006

89.  Neoadjuvant Therapy for Stage IIIA Lung Cancer: Surgical Issues. National School of Oncology, Chicago, IL July 2006

Consultant Appointments:

1995 – 1996   Staff Thoracic Surgeon, The Carney Hospital, Boston, MA
1995 – 1996   Staff Thoracic Surgeon, The Faulkner Hospital, Boston, MA

**Professional Awards and Special Recognition:**

| | |
|---|---|
| 1972 | Eagle Scout, Boy Scouts of America |
| 1976-1980 | Robert E. Lee Research Scholar, Washington & Lee University (Inorganic Chemistry) |
| 1976-1980 | James P. Davidson Academic Scholarship, Washington & Lee University |
| 1979 | National Science Foundation Research Scholar, University of North Carolina (Molecular Biology) |
| 1984 | Raven Honorary Society of the University of Virginia |
| 1986-1988 | Raymond W. Postlethwait Fellow in Thoracic Surgical Research |
| 1989 | Finalist, Leibig Vascular Research Award,Society of Vascular Surgeons |
| 1991 | Finalist, Paul C. Sampson Resident Research Award of the Western Thoracic Surgical Association |
| 1996-1998 | Who's Who in Medicine and Healthcare |
| 1997 | Who's Who in North America |
| 1998 | Outstanding Young Men of America |
| 1999-2003 | Who's Who in the World |
| 1999-2003 | Who's Who in the South and Southwest |
| 1999 | Nationally recognized in Good Housekeeping Magazine- |
| 1999 | Cancer Doctors for Women |
| 2000-2003 | Who's Who in Medicine and Healthcare |
| 2000-2003 | Who's Who in America |
| 2000-2004 | Swarthmore's Who's Who |
| 2000 | Presidents Award, Southern Thoracic Surgical Association |
| 2002 | J. Maxwell Chamberlain Memorial Paper, Society of Thoracic Surgeons |
| 2003 | Guide to America's Top Surgeons |
| 2004 | America's Top Cancer Doctors |
| 2004 | Who's Who in Medical Sciences Education |
| 2005 | International Health Professional of the Year |
| 2005 | J. Maxwell Chamberlain Memorial Paper, Society of Thoracic Surgeons |
| 2005 | Guide to America's Top Physicians |
| 2005 | Maxwell's Who's Who of North America |
| 2006 | Maxwell's Who's Who of North America |
| 2006 | International Who's Who |

**National Cancer Institute Clinical Trials**

1998   CALGB 393105: Correlative Science Companion to CALGB 9633: A randomized phase III trial of adjuvant chemotherapy versus observation for patients with stage IB NSCLC   (n=400)       Role: PI       Status: Completed

2001   ACOSOG 4031: Proteomic Analysis in Patients with Nodules Suspicious for NSCLC: Validating a Predictive Model       (n=1000)       Role: PI       Status: Completed

2005   CALGB 30506: A Randomized Phase III Trial to Evaluate the LUNG

| | |
|---|---|
| 1993 | Clinical Investigator, National Institutes of Health, No. 22724 |
| 1994 | Surgical Modality Committee, Cancer and Leukemia Group B |
| 1994 | Solid Tumor Correlative Science Committee, Cancer and Leukemia Group B |
| 1994 | Respiratory Tumor Subcommittee, Cancer and Leukemia Group B |
| 1994 | Gastrointestinal Tumor Subcommittee, Cancer and Leukemia Group B |
| 1994 | Thoracic Surgery Chairman, National VA Surgical Quality Improvement Program |
| 1996-2001 | Surgical Coordinator for Duke University Medical Center, Cancer and Leukemia Group B |
| 1997 | Society of Thoracic Surgeons: National Cardiothoracic Database Committee |
| 1997 | Chairman, Society of Thoracic Surgeons: General Thoracic Surgery Subcommittee |
| 1997-2003 | National Emphysema Treatment Trial Steering Committee |
| 1997-2001 | Chairman, Thoracic Surgery Sub-committee, CALGB |
| 1999 | Database Committee Chairman, General Thoracic Surgery Club |
| 2000 | American College of Surgeons (ACOS) Oncology Group |
| 2001 | Vice-chairman, American College of Surgeons Oncology Group |
| 2001 | CALGB Correlative Science Grant Review Committee |
| 2001-2004 | Thoracic Surgery Research Foundation Grant Review Committee |
| 2002- | Secretary / Treasurer of Sabiston Surgical Society |
| 2001 | National Comprehensive Cancer Network (NCCN) |
| 2002 | Invited Participant: 2nd NCI State of Science Meeting: Lung Cancer |
| 2002 | NCCN Genomics Task Force |
| 2002-2005 | Evarts Graham Memorial Fellowship Committee |
| 2002 | ACOS Commission on Cancer Thoracic Disease Site Co-Chairman |
| 2002-2003 | Director's Committee on Gene Array Analysis in Adenocarcinoma |
| 2003 | Program Committee, 50th Annual Session of the Southern Thoracic Surgical Association |
| 2003 | American College of Surgeons Advisory Council for Cardiothoracic Surgery: Program Committee Representative |
| 2004 | Program Committee, 51st Annual Session of the Southern Thoracic Surgical Association |
| 2004 | American Association for Thoracic Surgery Cardiothoracic Residents Committee, C. Walton Lillihei Residents Forum |
| 2004 | American Association for Thoracic Surgery Scientific and Government Relations Committee |
| 2001-2004 | American Board of Thoracic Surgery: Examination Consultant |
| 2004 | Membership Committee Society of Clinical Surgery |
| 2004 | Evarts Graham Memorial Fellowship Committee Chairman |
| 2004 | American College of Surgeons: Cardiothoracic Council |
| 2004 | Program Committee, Annual Clinical Congress, ACS |
| 2005 | Scientific Program Committee American Society of Clinical Oncology |
| 2005 | Cancer Communications Committee, American Society of Clinical Oncology |

| | |
|---|---|
| 2005 | Clinical Trials Committee, American Society of Clinical Oncology |
| 2005 | Program Committee: Society of Thoracic Surgeons |
| 2005 | Society of Thoracic Surgeons Relative Value Update Committee |
| 2005 | Program Committee Chair, 52nd Annual Session of the Southern Thoracic Surgical Association |

**Regional Committees:**

| | |
|---|---|
| 1993 – 1996 | Thoracic Surgical Member, Combined Harvard Oncology Group |
| 1994 – 1996 | Brockton/West Roxbury VAMC Cancer Committee |
| 1995 – 1996 | Steering Committee, Dana Farber Thoracic Oncology Program |
| 1995 – 1996 | Transfusion Committee, Brigham & Women's Hospital |
| 1995 – 1996 | Endoscopy Committee, Brigham & Women's Hospital |
| 1995 – 1996 | Laparoscopy Committee, Brigham & Women's Hospital |
| 1996-2003 | Cancer Protocol Committee, Duke Comprehensive Cancer Center |
| 1996-2002 | Advisory Committee, Duke Thoracic Oncology Program (Clinical Subcommittee, Chairman) |
| 1996- | Director, Thoracic Oncology, Durham Veterans Affairs Medical Center |
| 1998-2003 | Transfusion Committee |
| 1999-2003 | Academic Council Duke University |
| 1999-2001 | Advisory Committee, Dean's Group III, Duke School of Medicine |
| 2003-2005 | Clinical Research Advisory Board, Duke University School of Medicine |
| 2003-2004 | Department of Surgery Compensation Committee |
| 2003-2004 | Duke University Clinical Research Advisory Council Subcommittee Chairman: Standards and Credentials |
| 2004- | Director of Clinical Research, Department of Surgery |
| 2005- | Duke Cancer Genomics Program Advisory Committee |
| 2005-2006 | Executive Council Duke Clinical Research-Oncology |
| 2005- | Performance Improvement Board Co-chair, CT In-patient Service |
| 2006- | Department of Surgery AP&T Committee Chairman |

**Research Grant Funding:**

Previous Grants:

R-01 CA60572: Prognostic Markers in Stage I Non-small Cell Lung Cancer
          Total Costs    $609,000          Interval: 2 years
          Role: Co-investigator

U-10 CALGB Surgical Grant
          Total Costs $1,750,000          Interval: 5 years
          Role: Co-investigator

US Surgical: Prospective Thoracoscopy Database
          Total Costs $25,000          Interval: 2 years
          Role: Principal investigator

Duke Comprehensive Cancer Center:  Resistance Marker Expression in Cancer
        Total Costs $50,000                    Interval: 2 years
        Role: Principal investigator

R-29 CA69648:  Tissue and Serum Indicators of Lung Cancer Recurrence
        Total Costs    $539,000                Interval: 6 years
        Role: Principal investigator

Glaxo-Smith-Kline: Navelbine Resistance Marker Analysis in Lung Cancer
        Total Costs $60,000                    Interval: 2 years
        Role: Principal investigator

VA Merit Review:  Serum Markers in Non-Small Cell Lung Cancer
        Direct Costs $625,000                  Interval: 5 years
        Role: Principal investigator

Bristol-Meyers-Squib:  Resistance Marker Expression in Esophageal Cancer
        Total Costs $50,000                    Interval: 2 years
        Role: Principal investigator
Adventis: Taxane:    Resistance Marker Analysis in Lung Cancer
        Total Costs $100,000                                Interval: 2 years
        Role: Principal investigator

Current Grants:

U-10 CALGB Surgical Grant: Renewal
        Total Costs $1,900,000                Interval:  5 years
        Role: Co-investigator (Duke is the top accruing center in CALGB)
        2000 - $68,400
        2001 - $81,600
        2002 - $124,300
        2003 - $160,000
        2004- $80,000
        2005- $120,000
        2006: $160,000

NCI-CA114771-01    Molecular Signatures of Lung Cancer          Interval: 5 years
        PI: David Carbone, Vanderbilt University    $5,000,000 Direct Costs
        Role: Co-investigator, Serum Bank PI          $120,000 Direct Costs

R01-CA-116648-01    Validating Molecular Signature Risk Models of NSCLC
        Direct Costs $1,999,890                Interval: 4 years
        Role: Principal investigator

Submitted Grant Proposals (2006)

American Lung Association:  Gene Expression Signatures of Oncogenic Pathway Deregulation
in NSCLC      Direct Costs $200,000          Interval: 2 years
Role:  Principal investigator

R21-CA                    Evaluating Gene Array-based Risk Models in Paraffin-embedded NSCLC
(RFA-PA06-299)            Direct Costs $275,000                  Interval: 2 years
Role:  Principal investigator

VA Merit Review           Validating Molecular Signature Risk Models of Esophageal Carcinoma
Direct Costs $750,000                   Interval:  5 years
Role:  Principal investigator

EXHIBIT "C"

Patient: HOGGE, CLAIBORNE   FB8179

Rad Rpt: Final   09/11/2006 10:04  Req# 4302117   Acc#

MYOCARD PERF REST SPECT          GATED SPECT FOR EJECT FRACT
GATED SPECT FOR WALL MOTION

Verified

CLINICAL HISTORY :   65 y/o male, Lung CA
INDICATIONS      :
                OTHER:
                995.20, Unspecified adverse affect of drug, medicinal
                and biological substance
                V58.69, Long-term high-risk drugs currently used

TECHNIQUE      : Rest

RADIOPHARMACEUTICAL : Rest   : 27.0 mCi of Tc-99m Myoview, IV

COMPARISON    : None

IMAGE ANALYSIS:
Left ventricle analysis ,
                              Rest              Conclusions
    - High Anterolateral    Normal            Normal
    - Low Anterolateral     Normal            Normal
    - High Posterolateral   Normal            Normal
    - Low Posterolateral    Normal            Normal
    - High Anterior         Normal            Normal
    - Low Anterior          Normal            Normal
    - Anteroapical          Normal            Normal
    - Posterobasal          Normal            Normal
    - Inferior              Normal            Normal
    - Inferoapical          Normal            Normal
    - Inferoseptal          Normal            Normal
    - Anteroseptal          Normal            Normal

Additional comments     : The resting LVEF, by quantitative gated
SPECT
                          imaging, is  52%.
                          Normal wall motion.


 I provided immediate supervision during the conduction of this
testing
 and personally performed the interpretation.


 Report Release Date/Time: 200609111116
Approving MD: BORGES-NETO, SALVADOR  MD

ORDERING MD: MARKS,LAWRENCE B
ORDER REASON: HEART SPECT DX: LUNG CA  GRN# 383-0330-6964-5536


Patient: HOGGE, CLAIBORNE   FB8179

Rad Rpt: Final   09/11/2006 10:04  Req# 4302117   Acc#

MYOCARD PERF REST SPECT          GATED SPECT FOR EJECT FRACT
GATED SPECT FOR WALL MOTION

Verified


CLINICAL HISTORY :   65 y/o male, Lung CA
INDICATIONS    :
          OTHERS
          995.20, Unspecified adverse effect of drug, medicinal
          and biological substance;
          V58.69, Long-term high-risk drugs currently used

TECHNIQUE    : Rest

RADIOPHARMACEUTICAL : Rest   :   27.0 mCi of Tc-99m Myoview, IV

COMPARISON    : None

IMAGE ANALYSIS:
Left Ventricle Analysis :
                              Rest          Conclusions
    - High Anterolateral    Normal          Normal
    - Low Anterolateral     Normal          Normal
    - High Posterolateral   Normal          Normal
    - Low Posterolateral    Normal          Normal
    - High Anterior         Normal          Normal
    - Low Anterior          Normal          Normal
    - Anteroapical          Normal          Normal
    - Posteroapical         Normal          Normal
    - Inferior              Normal          Normal
    - Inferoapical          Normal          Normal
    - Inferoseptal          Normal          Normal
    - Anteroseptal          Normal          Normal

Additional Comments    : The resting LVEF, by quantitative gated
SPECT
                         imaging is  52%.
                         Normal wall motion.


I provided immediate supervision during the conduction of this
testing
 and personally performed the interpretation.


 Report Release Date/Time: 200609131116
 Approving MD: BORGES-NETO, SALVADOR MD

 ORDERING MD: MARKS, LAWRENCE B
 ORDER REASON: HEART SPECT DX: LUNG CA CNTR# 363-0339-6564-5528


Patient: HOGGE, CLAIBORNE   FB8179

Rad Rpt: Final   09/11/2006 10:04 Req# 4302117   Acc#

MYOCARD PERF REST SPECT          GATED SPECT FOR EJECT FRACT
GATED SPECT FOR WALL MOTION

Verified

```
CLINICAL HISTORY :   65 y/o male, Lung CA
INDICATIONS     :
            OTHERS
            295.20, Unspecified adverse effect of drug, medicinal
            and biological substance
            V58.69, Long-term high-risk drugs currently used

TECHNIQUE       : Rest

RADIOPHARMACEUTICAL : Rest    :  27.0 mCi of Tc-99m Myoview, IV

COMPARISON      : None

IMAGE ANALYSIS:
Left Ventricle Analysis :
                          Rest          Conclusions
   - High Anterolateral   Normal        Normal
   - Low Anterolateral    Normal        Normal
   - High Posterolateral  Normal        Normal
   - Low Posterolateral   Normal        Normal
   - High Anterior        Normal        Normal
   - Low Anterior         Normal        Normal
   - Anteroapical         Normal        Normal
   - Posterobasal         Normal        Normal
   - Inferior             Normal        Normal
   - Inferoapical         Normal        Normal
   - Inferoseptal         Normal        Normal
   - Anteroseptal         Normal        Normal

Additional Comments   : The resting LVEF, by quantitative gated
SPECT
                        imaging, is  52%.
                        Normal wall motion.


 I provided immediate supervision during the conduction of this
testing
 and personally performed the interpretation.


 Report Release Date/Time: 200609111116
 Approving MD: BORGES-NETO, SALVADOR MD.

 ORDERING MD: MARKS, LAWRENCE B
 ORDER REASON: HEART SPECT DX: LUNG CA GRNTS 383-0338-6564-5528
```

---

Patient: HOGGE, CLAIBORNE  FB8179

Rad Rpt  Final  08/23/2006 14:05 Req# 4277102    Acc# 244876

RENAL BLOOD FLOW + SCAN

                          Verified


Nuclear renal study, 8/23/2006

Indication: Mesothelioma, Preradiation renal evaluation.

Radiopharmaceutical and technique: 10.6 mCi Tc-99m MAG3 administered intravenously. Flow phase images of the kidneys were obtained during bolus injection of radiotracer and printed at three second frames out to 60 seconds. Sequential 2 minute excretion phase acquisitions were obtained out to 30 minutes. Time/activity curves for both the renal cortex and the whole kidneys were obtained.

Findings: Flow images demonstrate prompt uptake within the kidneys bilaterally. There is symmetric perfusion noted. Cortical phase images demonstrate normal size and location of both kidneys.

Split renal function is estimated at 49 % on the right and 51 % on the left.

Right kidney is normal in appearance and morphology. There is prompt uptake, clearance, and excretion of radiopharmaceutical. The right kidney time to peak is approximately 4.57 minutes.

Left kidney is normal in appearance and morphology. There is prompt uptake and clearance of radiopharmaceutical. Some activity remains in the left renal collecting system at the end of the examination, which clears on the post void image. Time to peak on the left is approximately 6.57 minutes.

Impression:

1. No evidence of obstruction bilaterally.

2. Symmetric renal function as above.

I have reviewed the film and concur with the above findings.

Report Release Date/Time: 20060823170434437
Resident MD: Weber, Kevin
Approving MD: WONG, TERENCE Z MD

ATTENDING MD: MARKS, LAWRENCE B
ORDERING MD: MARKS, LAWRENCE B
ORDER REASON: UNK

---

Patient: HOGGE, CLAIBORNE   FB8179

Reg Rpt: Final   07/25/2006 10:22   Req#:4231976   Acc#: 026710

CHEST-ROUTINE PA AND LAT

Verified

Comparison: 6/13/2006

Findings: Status post left pneumonectomy. Increasing fluid within the left hemithorax with residual but smaller air component. The right lung remains clear. Skin staples have been removed.

Impression: Status post pneumonectomy with increasing left pleural fluid.

I have reviewed the film and concur with the above findings.

Report Release Date/Time: 20060725144816327
Resident MD: Daniels, Shannon
Approving MD: WASHINGTON, KEITH LACEY MD

ATTENDING MD: HARPOLE,DAVID HAROLD JR
ORDERING MD: HARPOLE,DAVID HAROLD JR
ORDER REASON: MESOTHELIOMA

Patient: HOGGE, CLAIBORNE  FB8179

Rad Rpt: Final   05/29/2006 06:40  Req# 4144278   Acc# 510325

CHEST-ROUTINE PA AND LAT

                          Verified

Impression:
1. Postop changes in the right hemithorax following pneumonectomy.
2. Stable left hemithorax.

Report Release Date/Time: 20060529160230250
Approving MD: PATZ, EDWARD F MD

ATTENDING MD: HARPOLE,DAVID HAROLD JR
ORDERING MD: SCALES,CHARLES D JR
ORDER REASON: S/P THORACOTOMY - EVAL EDEMA

Patient: HOGGE, CLAIBORNE  FB8179

Rad Rpt: Final   05/27/2006 11:15  Req# 4142335   Acc# 510325

CHEST-ROUTINE PA AND LAT

                          Verified

Comparison: 5/26/2006

Findings and impression: Support appliances stable. Large left
hydropneumothorax not significantly changed. Right lung clear.

I have reviewed the films and concur with the above findings.

Report Release Date/Time: 20060528096951907
Resident MD: Hirasaki, Ken
Approving MD: MCADAMS, HOLMAN F MD

ATTENDING MD: HARPOLE,DAVID HAROLD JR
ORDERING MD: BIESEN,DIANA L
ORDER REASON: S/P THORACOTOMY, EVALUATE FOR PNEUMOTHORAX

Patient: HOGGE, CLAIBORNE  FB8179

Patient: HOGGE, CLAIBORNE  FB8179

---

Rad Rpt: Final  11/21/2006 09:39  Req# 4411956   Acc# 882698

CHEST-ROUTINE PA AND LAT

**Paul, Hanley & Harley** LLP

Verified

DEC 0 8 2006
_____ Mail
_____ Overnight
_____ Hand
Case Attorney
Forwarded to _____

Comparison: 11/14/2006

Findings and impression: No significant interval change status post left pneumonectomy. No change cystic lucency in the right apex consistent with bullous disease. Poorly defined opacity projected over the clavicle on the right, unchanged.

I have reviewed the films and concur with the above findings.

Report Release Date/Time: 20061121172423286
Resident MD: Paldino, Michael
Approving MD: WASHINGTON, EDITH LACEY MD

ATTENDING MD: CRAWFORD,JEFFREY
ORDERING MD: CRAWFORD,JEFFREY
ORDER REASON: 163.9

---

Patient: HOGGE, CLAIBORNE  FB8179

---

Rad Rpt: Final  11/14/2006 12:13  Req# 4402338   Acc# 399664

CHEST-ROUTINE PA AND LAT

Verified

Comparison: August 22, 2006.

Findings and impression:
Status post left pneumonectomy. Cardiomediastinal silhouette is not well assessed. Stable right lung with apical bulla an illdefined nodular opacity in the right apex. Findings are not significantly changed in the short interval. Attention on followup is recommended. The right lung is otherwise stable. Mild degenerative changes of the spine.

Report Release Date/Time: 20061114144706797
Approving MD: MARTINEZ JIMENEZ, SANTIAGO  MD

ATTENDING MD: HARPOLE,DAVID HAROLD JR
ORDERING MD: HARPOLE,DAVID HAROLD JR
ORDER REASON: 163.9

---

Patient: HOGGE, CLAIBORNE FB8179

---

GENLAB Hematology: Final  09/25/2006 07:17  Acc# 000626801839  Acc# 454282

---

*eBrowser*    Result for: FB8179   Printed by: **MORAN019**    12/4/2006       1 of 6

AUTOMATED BLOOD COUNT

|  |  |  | Reference |
|---|---|---|---|
| HEMOGLOBIN | 11.2 | g/dL | [13.7-17.3] |
| HEMATOCRIT | 0.34 | | [0.39-0.49] |
| RED BLOOD CELL COUNT | 4.45 | X10^12 | [4.3-5.74] |
| MCH | 25.2 | pg | [26.5-34.0] |
| MCHC | 32.6 | % | [31.6-36.3] |
| RDW-CV | 16.0 | % | [11.5-14.5] |
| MCV | 77 | fL | [80-98] |
| NUCLEATED RBC % | 0.0 | /100WC | |
| NUCLEATED RBC COUNT | 0.00 | X10^9 | [0.000.00] |
| PLATELET COUNT /L | 211 | X10^9 | [150150] |
| WHITE BLOOD CELL COUNT | 4.1 | X10^9 | [3.-9.8] |

ATTENDING MD:
  MARKS, LAWRENCE B

ORDERING MD:
  MARKS, LAWRENCE B

PERFORMED BY:
  MORRIS BLDG CLIN RM5150 MORRIS BLDG DUMC DURHAM, NC 27710

---

Patient: HOGGE, CLAIBORNE FB8179

---

Rad Rpt: Final  09/11/2006 10:04 Req# 4302117  Acct#

MYOCARD PERF REST SPECT        GATED SPECT FOR EJECT FRACT
GATED SPECT FOR WALL MOTION

                         Verified

CLINICAL HISTORY :  65 y/o male, lung CA
INDICATIONS    :
         OTHERS
           995.20, Unspecified adverse effect of drug, medicinal
         and biological substance
           V58.69, Long-term highrisk drugs currently used

TECHNIQUE      : Rest

RADIOPHARMACEUTICAL : Rest   : 27.0 mCi of Te99m Myoview, IV

COMPARISON     : None

IMAGE ANALYSIS:
Left Ventricle Analysis :

|  | Rest | Conclusions |
|---|---|---|
| - High Anterolateral | Normal | Normal |
| - Low Anterolateral | Normal | Normal |
| - High Posterolateral | Normal | Normal |
| - Low Posterolateral | Normal | Normal |
| - High Anterior | Normal | Normal |
| - Low Anterior | Normal | Normal |
| - Anteroapical | Normal | Normal |
| - Posterobasal | Normal | Normal |
| - Inferior | Normal | Normal |
| - Inferoapical | Normal | Normal |
| - Inferoseptal | Normal | Normal |
| - Anteroseptal | Normal | Normal |

Additional Comments    : The resting LVEF, by quantitative gated
SPECT

                        imaging, is 52%.
                        Normal wall motion.


I provided immediate supervision during the conduction of this
testing
and personally performed the interpretation.


Report Release Date/Time: 200603111116
Approving MD: BORGES-NETO, SALVADOR  MD

ORDERING MD: MARKS,LAWRENCE B
ORDER REASON: HEART SPECT DX: LUNG CA GRNT# 3830318-6964-5528

---

Patient: HOGGE,CLAIBORNE  FB8179

Rad Rpt: Final  09/11/2006 10:04 Req# 4302117  Acct#

MYOCARD PERF REST SPECT          GATED SPECT FOR EJECT FRACT
GATED SPECT FOR WALL MOTION


                        Verified



CLINICAL HISTORY :  65 y/o male, lung CA
INDICATIONS      :
                OTHERS
                995.20, Unspecified adverse effect of drug, medicinal
                and biological substance
                V58.69, Long-term highrisk drugs currently used

TECHNIQUE      : Rest

RADIOPHARMACEUTICAL : Rest  :  27.0 mCi of Tc99m MyoView, IV

COMPARISON      : None

IMAGE ANALYSIS:
Left Ventricle Analysis :
                             Rest           Conclusions
     - High Anterolateral   Normal          Normal
     - Low Anterolateral    Normal          Normal
     - High Posterolateral  Normal          Normal
     - Low Posterolateral   Normal          Normal
     - High Anterior        Normal          Normal
     - Low Anterior         Normal          Normal
     - Anteroapical         Normal          Normal
     - Posterobasal         Normal          Normal
     - Inferior             Normal          Normal
     - Inferoapical         Normal          Normal
     - Inferoseptal         Normal          Normal
     - Anteroseptal         Normal          Normal

Additional Comments    : The resting LVEF, by quantitative gated
SPECT

                        imaging, is 52%.
                        Normal wall motion.

I provided immediate supervision during the conduction of this testing
and personally performed the interpretation.

Report Release Date/Time: 20060911116
Approving MD: BORGES-NETO, SALVADOR MD

ORDERING MD: MARKS,LAWRENCE B
ORDER REASON: HEART SPECT DX: LUNG CA GEN# 3830338-6964-5528

Patient: HOGGE, CLAIBORNE  FB8179

Dictated Rpt: Final  09/05/2006 00:00

Radiation Oncology Clinic Note

MRN:  FB8179

HOGGE, CLAIBORNE
Date: 09/05/2006

DOB:    Age:
Radiation Oncology Clinic Note
Attending:  Lawrence B Marks, MD

RADIATION ONCOLOGY TREATMENT PLANNING:
The patient had treatment planning CT done recently.  On
this, we identified the left pleural space to be the
clinical target volume.  This was done with review o  f the
preoperative imaging.  Care was taken to include the
visible pleural surfaces as well as subcutaneous tis  sues
related to the chest scar.

Associated normal tissue such as the heart, right lu  ng,
kidneys, bowel, and esophagus were also
identified.  Doses/volume constraints were identifie  d for
anticipated MRT.

With a conventional AP/PA approach, it is not possib  le to
deliver the desired dose to the inferior aspect of t  he
tumor, without exceeding the cardiac and bowel
tolerances.  This is particularly challenging since  the
tumor wraps around the pericardial surface both ante  riorly

and posteriorly. Further, the target is quite close    to the
stomach and some bowel tissue in the left upper abdo    men.

Therefore, an IMRT plan was generated. After severa    l
iterations of this, we settled on a plan which I bel    ieve
adequately balances the target coverage and normal t    issue
concerns. Using 9 IMRT coplanar fields, we were abl    e to
deliver fairly good dose distribution to the target
volume. We allowed a slightly lower dose to the por    tion of
the target tissues that are immediately adjacent to    the
heart and bowel. We, therefore, defined a portion o    f the
PTV where a lower dose was acceptable. In essence,    we
pushed the software to provide very rapid dose gradi    ent in
this vicinity. The trade off for this is a slightly    higher
heterogeneity within the PTV, and slightly cold dose    s in
the PTV adjacent to the heart.

We identified the left ventricle as well, and tried    to
minimize the dose to this area.

With the current dose distribution, we could deliver    about
45 Gy to the clinical target volume. The dose volum    e
histograms to the liver, kidney, bowel, heart, and l    ung all
appear reasonable. In particular, the lung doses ap    pear
good, with a medial lung dose of about 7 or 8 Gy. T    he
superior aspect of the left kidney got significant d    ose but
the right kidney and the lower left kidney are essen    tially
spared.

The patient has agreed to participate in the Lance
Armstrong Cardiac Toxicity Study. He appears to be    a good
candidate for this, as much of the heart is getting    about
50% of the prescribed dose.

His PFTs done postoperatively appear reasonable with    an
FEV1 of 1.6 L and DLCO of 52% predicted.

Loose ends: Cardiac studies, renal scan.

LAWRENCE B MARKS, MD
Department of Radiation Oncology
ELECTRONICALLY SIGNED ON
September 06, 2006 AT 10:04:57 AM

DD:   09/05/2006
DT:   09/05/2006
MEDQ/JOB: 594360/252828887

EXHIBIT "B"

ENDORSED
F I L E D
San Francisco County Superior Court

JAN 1 1 2007

GORDON PARK-LI, Clerk
BY: _____ RANI EDWARDS
Deputy Clerk

SUPERIOR COURT OF CALIFORNIA

COUNTY OF SAN FRANCISCO

EVERETT HOGGE and
PRISCILLA HOGGE,

        Plaintiffs,

    vs.

A. W. CHESTERTON COMPANY, et al.,

        Defendants.

Court No. 452846

ORDER GRANTING
PLAINTIFF'S THIRD
MOTION FOR
PREFERENCE

      The above-entitled cause came on regularly for hearing on January

10, 2007 in Department 611 of the above-entitled court, the Honorable Diane

Elan Wick, Judge, presiding.  Wes Wagnon, Esq., appeared as counsel for

plaintiffs Everett Hogge and Priscilla Hogge; Jill Hoffman, Esq., appeared as

medical counsel on behalf of certain named defendants; appearances were also

made by other counsel representing other named and served defendants in this

action.  The matter heard was plaintiff's third motion for trial preference

pursuant to Code of Civil Procedure section 36(d).

      Oral and documentary argument was submitted on behalf of the

respective parties.  Having considered the evidence and arguments of counsel,

and being fully advised, the court rules as follows:

ORDER GRANTING PLAINTIFF'S THIRD MOTION FOR PREFERENCE

1    IT IS ORDERED that plaintiffs' third motion for trial preference

2  pursuant to Code of Civil procedure section 36(d) be GRANTED.

3    IT IS FURTHER ORDERED pursuant to stipulation that motions

4  for summary judgment may be heard on 15 days notice up to 15 days before

5  trial and that discovery remain open through April 30, 2007?

6    IT IS FURTHER ORDERED AS FOLLOWS:

7    That jury trial in this matter be set on May 7, 2007 at 9:00 am in

8  Department 611 of this court;

9    That both plaintiffs' depositions be completed not later than

10  February 15, 2007;

11    That plaintiffs provide defendants with all employment and medical

12  records, and all pathology samples not later than February 28, 2007;

13    That plaintiffs not later than March 15, 2007 provide a list of

14  anticipated trial product and/or site identification witnesses, including

15  coworkers, that will be offered against each defendant at trial, the lists to

16  contain each witness's address and telephone number. The cut-off date for

17  taking depositions of these product and/or site identification witnesses shall be

18  May 2, 2007. Product and/or site identification witnesses not timely produced

19  by plaintiffs to defendants shall be precluded from offering testimony at trial.

20    That all motions for summary judgment or summary adjudication

21  be noticed for hearing in Department 302 of this court.

22    That all discovery motions be noticed for hearing in Department

23  610 of this court.

24

ORDER GRANTING PLAINTIFF'S THIRD MOTION FOR PREFERENCE

1         That plaintiffs served this order on all defendants in this action.

2

3    Dated:  January 10, 2007

4

5                                          DIANE ELAN WICK
                              _____
6                                       Diane Elan Wick
                                   Judge of the Superior Court

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Superior Court of California
County of San Francisco
DEPARTMENT 611

CASE : 452846

EVERETT HOGGE and
PRISCILLA HOGGE            PLAINTIFF

vs.

A. W. CHESTERTON COMPANY

DEFENDANT

CERTIFICATE OF MAILING
(CCP 1013a (4) )
ORDER GRANTING PLAINTIFF'S THIRD
MOTION FOR PREFERENCE

I, Rani Edwards, Deputy Clerk of the Superior Court of the County of San Francisco, certify that I am not a party to the within action.

On January 11, 2007, I served the ORDER GRANTING PLAINTIFF'S THIRD MOTION FOR PREFERENCE by placing a copy thereof in a sealed envelope, addressed as follows:

WES WAGNON, ESQ.                JILL HOFFMAN, ESQ.
PAUL HANLEY & HARLEY            BERRY & BERRY
1608 FOURTH STREET, SUITE 300   A PROFEESSIONAL LAW CORPORATION
BERKELEY, CA 94710              2930 LAKESHORE AVE
                                OAKLAND, CA 94610

and, I then placed the sealed envelopes in the outgoing mail at 400 McAllister Street, San Francisco, CA. 94102 on the date indicated above for collection, attachment of required prepaid postage, and mailing on that date following standard court practices.

Dated: January 11, 2007

GORDON PARK-LI, Clerk

By: RANI EDWARDS, Deputy Clerk

EXHIBIT "C"

## Deborah R. Rosenthal (DRR)

**From:**    Deborah R. Rosenthal (DRR)
**Sent:**    Monday, June 04, 2007 12:02 PM
**To:**    'Tom French'
**Subject:**    RE: Hogge v. John Crane -- Proposed Stip re Remand Motion

Tom,

Thank you for your prompt response. Unfortunately your proposed dates are unacceptable, in light of Mr.
Hogge's failing health, so I will move for an order shortening time and notify the court that we attempted to reach a
stipulation but were unable to do so.

Regards,

Deborah

-----Original Message-----
**From:** Tom French [mailto:BTF@hassard.com]
**Sent:** Monday, June 04, 2007 11:36 AM
**To:** Deborah R. Rosenthal (DRR)
**Subject:** RE: Hogge v. John Crane -- Proposed Stip re Remand Motion

Deborah,

The case number stamped on our papers is C07 2873 EDL.

With respect to the proposed stipulation, we are willing to stipulate to to a briefing schedule for the motion to remand
that would shorten the time within which plaintiffs file their reply to our opposition and/or to shorten the time within
which the motion is heard after the plaintiffs' reply is filed, but we are not willing to shorten the time within which our
opposition must be filed. Among other things, I anticipate the plaintiffs will argue our client bears the burden of
proof with respect to removal. As a result, we must have adequate time to respond to whatever grounds for remand
are raised in the motion.

For the foregoing reasons, the briefing schedule we would propose is as follows: motion filed on 6/5/07; opposition
due on or before 6/19; reply due on or before 6/22; hearing during week of 6/25 or 7/2, subject to the assigned judge's
calendar. Obviously, if the motion is filed after 6/5/07, the briefing schedule would be extended accordingly.

B. Thomas French
Hassard Bonnington LLP
Two Embarcadero Center, Suite 1800
San Francisco, CA 94111-3993
(415) 288-9800
(415) 288-9801 fax
btf@hassard.com

SERVICE NOTICE
B. Thomas French and Hassard Bonnington LLP do not accept or consent to the service of process, motions,
pleadings, documents, or any other items by electronic format. Correspondence via electronic format does not indicate
agreement or consent to acceptance of service in that format. The preceding e-mail message (including any
attachments) contains information that may be confidential, be protected by the attorney-client or other applicable
privileges, or constitute non-public information. It is intended to be conveyed only to the designated recipient(s). If
you are not an intended recipient of this message, please notify the sender by replying to this message and then delete
it from your system. Use, dissemination, distribution, or reproduction of this message by unintended recipients is not
authorized and may be unlawful.

6/4/2007

-----Original Message-----
From: Deborah R. Rosenthal (DRR) [mailto:DRosenthal@phhlaw.com]
Sent: Monday, June 04, 2007 10:36 AM
To: Tom French
Subject: RE: Hogge v. John Crane -- Proposed Stip re Remand Motion

When we spoke on Friday, I did not have a proposal for you prepared yet, which I told you repeatedly. My verbal representation to you that in past cases we had proposed to shorten the time for our reply only, and not defendant's opposition, was merely that: a representation of what we had done in the past.

My proposal for the briefing and hearing scheduled in this matter is what I sent to you via email on Friday.

Since you received my voicemail message this morning, you also know that I need the federal court case number and judge/department.

Thank you for your prompt attention to these matters. I look forward to hearing from you.

Deborah

-----Original Message-----
From: Tom French [mailto:BTF@hassard.com]
Sent: Monday, June 04, 2007 10:21 AM
To: Deborah R. Rosenthal (DRR)
Subject: RE: Hogge v. John Crane -- Proposed Stip re Remand Motion


Deborah,

I reviewed your proposed stipulation, and contrary to what you told me late Friday afternoon, your proposal shortens defendant's time to file its opposition from 14 days to 7 days (on Friday you said your stipulation would only affect the time within which the reply brief was required to be filed). In addition, I just received your voice-mail message in which you suggested you may want to further modify the briefing schedule. As I indicated on Friday, I need to discuss this proposed stipulation with some other people, but before I can do so I need to know exactly what the proposal is.

B. Thomas French
Hassard Bonnington LLP
Two Embarcadero Center, Suite 1800
San Francisco, CA 94111-3993
(415) 288-9800
(415) 288-9801 fax
btf@hassard.com

SERVICE NOTICE
B. Thomas French and Hassard Bonnington LLP do not accept or consent to the service of process, motions, pleadings, documents, or any other items by electronic format. Correspondence via electronic format does not indicate agreement or consent to acceptance of service in that format. The preceding e-mail message (including any attachments) contains information that may be confidential, be protected by the attorney-client or other applicable privileges, or constitute non-public information. It is intended to be conveyed only to the designated recipient(s). If you are not an intended recipient of this message, please notify the sender by replying to this message and then delete it from your system. Use, dissemination, distribution, or reproduction of this message by unintended recipients is not authorized and may be unlawful.


-----Original Message-----
From: Deborah R. Rosenthal (DRR) [mailto:DRosenthal@phhlaw.com]
Sent: Friday, June 01, 2007 7:19 PM
To: Tom French
Subject: Hogge v. John Crane -- Proposed Stip re Remand Motion


6/4/2007

As we discussed by telephone earlier today, plaintiffs propose that the parties stipulate to having plaintiffs' remand motion heard on shortened time.

Pursuant to the Local Rules of the Northern District of California, motions must be filed and served not less than 35 days before the hearing, oppositions not less than 21 days before the hearing, and reply briefs not less than 14 days before the hearing. (See N.D. Cal. Local Rule Nos. 7-2 & 7-3.)

Due to Mr. Hogge's failing health, plaintiffs intend to file their motion for remand no later than Tuesday, June 5, 2007 and to simultaneously move for an order shortening the briefing schedule and the time for the Court to hear the motion as follows:

If plaintiffs file their motion on 6/5, that defendant's opposition be filed and served no later than 6/12 (giving defendant 7 rather than 14 days to oppose); that plaintiffs' reply brief, if any, be filed and served no later than 6/15, and that the motion be heard during the week of 6/18 in accordance with the assigned judge's motion calendar.

Attached is a draft stipulation (and supporting declaration, as required by the local rules) to this effect. Please let me know by noon on Monday whether this is acceptable, or if you have an alternative proposal, or if you are unwilling to stipulate to having plaintiffs'
motion for remand heard on shortened time.

Thank you. I look forward to hearing from you.

<<JOHNCRANE stip re OST re remand - DRR dec.doc>>  <<JOHNCRANE stip re OST re remand.doc>> Deborah R. Rosenthal Attorney
(510) 559-9980 Ext. 240
DRosenthal@PHHLaw.com

_____

NOTICE: This message is intended solely for the use of the individual or entity to whom it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original message to us at the address via the U.S. Postal Service and electronic mail as follows:

PAUL, HANLEY & HARLEY LLP
1608 Fourth Street, Suite 300
Berkeley, California 94710
Telephone: (510) 559-9980
Facsimile: (510) 559-9970
e-mail: NorCal@PHHLaw.com
www.PHHLaw.com