Dean A. Hanley, Esq.   (State Bar No. 169507)
Philip A. Harley, Esq.   (State Bar No. 147407)
Deborah R. Rosenthal, Esq. (State Bar No. 184241)
PAUL, HANLEY & HARLEY LLP
1608 Fourth Street, Suite 300
Berkeley, California 94710
Telephone: (510) 559-9980
Facsimile:  (510) 559-9970
Email: pharley@phhlaw.com
Email: drosenthal@phhlaw.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EVERETT HOGGE and PRISCILLA HOGGE,<br><br>Plaintiffs,<br><br>vs.<br><br>A.W. CHESTERTON COMPANY, *et al*,<br><br>Defendants. | Case No.: C 07 2873 EDL<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR ORDER SHORTENING TIME FOR BRIEFING AND HEARING OF PLAINTIFFS' MOTION FOR REMAND**<br><br>Current Hearing Date:   July 10, 2007<br>Proposed Hearing Date: June 19, 2007<br>Time:           9:00 a.m.<br>Courtroom:   E, 15th Floor<br>Magistrate Judge:   Hon. Elizabeth D. Laporte |

Pursuant to Local Rule 6-3 of this Court, plaintiffs moved this Court for an order shortening time for hearing of Plaintiffs' Motion for Remand and for an expedited briefing schedule. Based on the papers filed herein, and for good cause shown,

IT IS HEREBY ORDERED that Plaintiffs' request to have their Motion for Remand heard on shortened time is GRANTED. The Court-mandated briefing schedule is as follows:

a.      Defendant's Opposition, if any, must be filed and hand-served on or before June 12, 2007, by 4:00 p.m.

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR ORDER SHORTENING TIME FOR BRIEFING AND HEARING OF PLAINTIFFS' MOTION FOR REMAND
PAGE 1

S:\Clients\Plaintiffs\H\Hogge, Everett 10293\Motions\JOHNCRANE OST remand - prop order.doc

1      b.    Plaintiffs' Reply, if any, must be filed and hand-served on or before June 15, 2007, by 4:00 p.m.

    c.    The hearing on Plaintiffs' Motion for Remand, if any, will take place on June 19, 2007, 9:00 a.m. in Courtroom E on the 15th Floor of the U.S. District Court for the Northern District of California.

IT IS FURTHER ORDERED that transfer of this action to the federal Asbestos Multi-District Litigation docket shall be STAYED pending the Court's ruling on Plaintiffs' Motion for Remand.

IT IS SO ORDERED.

Dated: _____

_____
HONORABLE ELIZABETH D. LAPORTE
Judge Magistrate of the U.S. District Court

---

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR ORDER SHORTENING TIME FOR BRIEFING AND HEARING OF PLAINTIFFS' MOTION FOR REMAND
PAGE 2