IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVERETT HOGGE AND PRISCILLA HOGGE,<br><br>    Plaintiff,<br><br>v.<br><br>A. W. CHESTERTON COMPANY,<br><br>    Defendant. | No. C07-02873 MJJ<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR AN ORDER SHORTENING TIME FOR BRIEFING SCHEDULE AND HEARING OF MOTION FOR REMAND** |

    Before the Court is Plaintiffs Everett Hogge and Priscilla Hogge's ("Plaintiffs") Motion for Order Shortening Time For Briefing Schedule and Hearing of Motion to Remand.[1] Also before the Court is Plaintiffs' Request for Intervention of the General Duty Judge.[2] Upon good cause shown, the Court **GRANTS** Plaintiffs' Motion for an Order Shortening Time for Briefing Schedule and Hearing of Motion to Remand. The Court **DENIES** Plaintiffs' Request for Intervention of the General Duty Judge.

    Defendant John Crane Inc.'s ("Defendant") Opposition brief, if any, shall be filed not later than **11:00 a.m. on June 8, 2007**, and shall not exceed **ten pages** in length. Plaintiffs' Reply brief, in any, shall be filed not later than **3:00 p.m. on June 8, 2007**, and shall not exceed **five pages** in length.

---

[1] Docket No. 17.

[2] Docket No. 18.

The Court will deem the matter submitted on the papers and will set the matter for a hearing only if necessary.

**IT IS SO ORDERED.**

Dated: June 7, 2007

                                             MARTIN J. JENKINS
                                             UNITED STATES DISTRICT JUDGE