# EXHIBIT 2

# SUPERIOR COURT OF CALIFORNIA
# COUNTY OF SAN FRANCISCO

## MINUTES

**Monday, May 07, 2007**

EVERETT HOGGE et al

PLAINTIFFS

VS.

A.W. CHESTERTON COMPANY et al

DEFENDANTS

Department:          611

Case Number:  CGC-06-452846

Nature of Cause:

MESOTHELIOMA

JURY TRIAL

Present:

Judge:  DIANE E. WICK
Reporter: CANDACE YOUNT ( not reported)

Clerk:   RANI EDWARDS
Bailiff: not present

Appearing for Plaintiff (s):

WES WAGNON, ESQ.
PAUL, HANLEY & HARLEY
PHONE: (510) 559-9980

Appearing for Defendant(s):

**KENTILE FLOORS**: DANIEL KELLY, ESQ.
**QUINTEC INDUSTRIES**: AVID ALAVI, ESQ.
**IMO INDUSTRIES**: HENRY ROME, ESQ.
**GOODYEAR TIRE:** BETHANY STAHLEY, ESQ
& MICHAEL PIETRYKOWSKI, ESQ.
**LESLIE CONTROL**: JOHN HUGHES, ESQ.
**BURNHAM, BUFFALO:** CATHERINE GOLDEN, ESQ.
**JOHN CRANE**: ANTHONY TOPOLSKY, ESQ.
**KIRKPATRICK, LOCKHART:** GEOFF DAVIS, ESQ.
**PRINDLE DECKON:** WILLIAM HAKE, ESQ.
**HOPEMAN BROTHERS:** JOSEPH KUBANCIK, ESQ.
**J.T.THORPE:** JOSEPH KUBANCIK, ESQ.
**GOULDS PUMPS**: MARK WEJCIAKOWSKI, ESQ.
**DURABLA**: LUCINDA STORM. ESQ.
**HILL BROTHERS:** ROBERT BUGAITO, ESQ.
**GENERAL MOTORS**: PAUL LANNUS, ESQ.

Case Number: CGC-06-452846
Case Title: EVERETT HOGGE et al VS. A.W. CHESTERTON COMPANY et al

-1-

Date: May 07, 2007
Form: C01006

# SUPERIOR COURT OF CALIFORNIA
# COUNTY OF SAN FRANCISCO

### MINUTES

**Monday, May 14, 2007**

EVERETT HOGGE et al

                    PLAINTIFF

          VS.

A.W. CHESTERTON COMPANY et
al

                    DEFENDANT

Department:        611

Case Number: CGC-06-452846

Nature of Cause:
MESOTHELIOMA

          JURY TRIAL

Present:

Judge:  DIANE E. WICK
Reporter:  not reported

Appearing for Plaintiff (s):

PHILIP HARLEY, ESQ.
STEPHEN HEALY, ESQ.
PAUL HANLY & HARLEY
PHONE: (510) 559-9980

Clerk: RANI EDWARDS
Bailiff:  not present

Appearing for Defendant(s):

HILL BROS: ROBERT BUGATTO, ESQ.
JOHN CRANE CO: ROBERT NELDER, ESQ.
JOHN CRANE CO: ANTONY TOPOLSKY, ESQ
GOULDS PUMP: MARK WOJCIECHOWSKI, ESQ.
A W CHESTERTON: JENNIFER WAYS, ESQ.
A W CHESTERTON: WILLIAM HAKE, ESQ.
KENTILE FLOORS, INC: GREGORY THOMING, ESQ.
HOPEMAN BROS: JOSEPH KUBANCIK, ESQ.

---

At 9:40 a.m. having continued this trial from Friday, May 11th, jury trial resumed this day.  All
present, as above listed

Off the record, Mr. Harley gave the Court a status of the remaining defendants.
IMO Industries, resolved
A W Chesterton, Gould Pumps and Kentile Floors are currently discussing settlement and may
resolve within the next two days.
Mr. Pietrykowski advised the Court that Good Year Tires, and Leslie Controls resolved
Case Number: CGC-06-452846
Case Title: EVERETT HOGGE et al VS. A.W. CHESTERTON COMPANY et al

Date: May 14, 2007
Form: C01006

The remaining defendants that will go to verdict at this time are: John Crane, Hill Brothers and or Hopeman Brothers

Mr. Harley advised the Court that Mr. Hanley is having a conference with Judge Robertson. The Court excused Mr. Kubancik and Mr. Bugatto to meet with Judge Robertson for further settlement discussions; remaining defendants were ordered to remain in this department to proceed with trial.

At 10:25 a.m. off the record, the Court and remaining defendant John Crane, Gould Pumps and A W Chesterton reviewed and advised the Court which motions in limine will be argued The Court recommended counsel meet and confer on motions in limine and appear here at 1:30 p.m.

At 1:45 p.m. off the record, counsel appeared as ordered by the Court. Each remaining defendant stated the status of their settlement conference with Judge Robertson. Mr. Wojcieskowski advised the Court that Gould Pumps has resolved its case. Mr Kubancik advised the Court that Judge Robertson ordered him to appear again in his courtroom on Tuesday, May15th at 8:45 a.m. He was excused from this courtroom until Tuesday, May 15th after conducting a settlement conference with Judge Robertson.

At 3:40 p.m. off the record, Mr. Hughes advised the Court that he will be appearing in Judge Robertson's department for further settlement discussions. The only remaining defendant not appearing before Judge Robertson is Mr. Nelder who represents John Crane Co. Court and counsel conferred off the record regarding motion in limine.

At 3:55 p.m. the Court ordered counsel to appear in this courtroom after their conference with Judge Robertson.

Case Number: CGC-06-452846
Case Title: EVERETT HOGGE et al VS. A.W. CHESTERTON COMPANY et al

-2-                                    Date: May 14, 2007
                                       Form: C01006

# SUPERIOR COURT OF CALIFORNIA
## COUNTY OF SAN FRANCISCO

### MINUTES

Tuesday, May 15, 2007

EVERETT HOGGE et al

                          **PLAINTIFF**

        VS.

A.W. CHESTERTON COMPANY et al

                         **DEFENDANT**

Department:      611

Case Number:  CGC-06-452846

Nature of Cause:
MESOTHELIOMA

    JURY TRIAL

Present:

Judge:  DIANE E. WICK
Reporter: not reported

Appearing for Plaintiff (s):

STEPHEN HEALY, ESQ.
PHONE: (510) 559-9980

Clerk:  RANI EDWARDS
Bailiff: not present

Appearing for Defendant(s):

JOHN CRANE CO.: ROBERT NELDER, ESQ.
HOPEMAN BROS: JOSEPH KUBANCIK, ESQ.

---

At 9:45 a.m. having continued this trial from Monday, May 14th , jury trial resumed this day. All present, as above listed

Court and counsel conferred, off the record. Court was advised that A W Chesterton and Kentile Floors have resolved their cases. Remaining defendants are John Crane Co. and Hopeman Brothers.

Attorneys were ordered to meet and confer amongst themselves on exhibits and the form of jury questionnaires. The Court requested respective counsel to produce certain documents establishing damages, if any.

Case Number: CGC-06-452846
Case Title: EVERETT HOGGE et al VS. A.W. CHESTERTON COMPANY et al

                  Date: May 15, 2007
                                        Form: C01006

# SUPERIOR COURT OF CALIFORNIA
# COUNTY OF SAN FRANCISCO

## MINUTES

**Thursday, May 17, 2007**

EVERETT HOGGE et al

PLAINTIFF

VS.

A.W. CHESTERTON COMPANY et al

DEFENDANT

Department:        611

Case Number:  CGC-06-452846

Nature of Cause:
MESOTHELIOMA

JURY TRIAL

Present:

Judge:  DIANE E. WICK
Reporter: not reported

Appearing for Plaintiff (s):

NO APPEARANCE as ordered by the Court

Clerk:  RANI EDWARDS
Bailiff: not present

Appearing for Defendant(s):

NO APPEARANCE as ordered by the Court

---

At 9:45 a.m. off the record, a panel of 200 prospective jurors assembled in the jury room. Roll call was taken and the Voir Dire Oath administered.

At 10:00 a.m. off the record, the Court gave a brief synopsis of the case and advised the jury of the schedule for this trial.
The Court asked prospective jurors who had any form of hardship to fill out the hardship forms.
The Court reviewed hardship forms submitted and jurors were excused accordingly.
Prospective jurors who did not seek any form of hardship filled out questionnaires and were ordered to return on Monday, May 21st at 9:00 a.m.

Counsel were previously ordered to return on Friday, May 18th at 10:00 a.m.

Case Number: CGC-06-452846
Case Title: EVERETT HOGGE et al VS. A.W. CHESTERTON COMPANY et al

-1-

Date: May 17, 2007
Form: C01006

# SUPERIOR COURT OF CALIFORNIA
## COUNTY OF SAN FRANCISCO

### MINUTES

**Friday, May 18, 2007**

EVERETT HOGGE et al

PLAINTIFF

VS.

A.W. CHESTERTON COMPANY et
al

DEFENDANT

Department:          611

Case Number: CGC-06-452846

Nature of Cause:
MESOTHELIOMA

JURY TRIAL

Present:

Judge: DIANE E. WICK
Reporter: CANDACE YOUNT

Clerk:   RANI EDWARDS
Bailiff: not present

Appearing for Plaintiff (s):

Appearing for Defendant(s):

STEPHEN HEALY, ESQ.
PHONE: ( 510) 559-9980

ROBERT NELDER, ESQ.
PHONE: 288-9800

---

At 10:15 a.m. having continued this trial from Thursday, May 17th,  trial resumed this day. All
present, as above listed
Off the record, Court and counsel conferred on jury questionnaires and the selection process.
The Court advised counsel that jury selection will commence on Monday and that the process
will continue on Wednesday, May 23rd.
The Court advised Mr. Nelder that the page and line number of the deposition must be completed
and submitted to the Court by Tuesday, May 22nd.

At 10:35 a.m. on the record, due to the serious illness of plaintiff, the plaintiff will not be present
to testify. The Court, having heard oral argument, allowed plaintiff to have a  video taped

Case Number: CGC-06-452846
Case Title: EVERETT HOGGE et al VS. A.W. CHESTERTON COMPANY et al

-1-                          Date: May 18, 2007
                             Form: C01006

# SUPERIOR COURT OF CALIFORNIA
## COUNTY OF SAN FRANCISCO

### MINUTES

| | |
|---|---|
| Monday, May 21, 2007 | Department:          611 |
| EVERETT HOGGE et al | Case Number:  CGC-06-452846 |
| PLAINTIFF | Nature of Cause:<br>MESOTHELIOMA |
| VS. | |
| A.W. CHESTERTON COMPANY et al | JURY TRIAL |
| DEFENDANT | |

Present:

Judge:  DIANE E. WICK
Reporter: CANDACE YOUNT

Clerk:  RANI EDWARDS
Bailiff:  not present

Appearing for Plaintiff (s):

STEPHEN HEALY, ESQ.
PHONE: (510) 559-9980

Appearing for Defendant(s):

ROBERT NELDER, ESQ.
ANTHONY TOPOLSKY, ESQ.
PHONE: 288-9800

At 9:25 .m. having continued this trial from Friday, May 18th, trial resumed this day. All present, as above listed. Also present as a jury trial consultant on behalf of the plaintiff was Mr. George Kitch. By stipulation of counsel, voir dire will not be reported.
Off the record, as stipulated by counsel, roll call was taken; all but 3 prospective jurors are present. Manuel Aguilarsoto; David Levy; and Ronald Pelland are absent
The Court ordered 31 prospective jurors be seated in the jury box and the extended jury box.
The Court gave the scheduling for this trial and further examined several of the 31 prospective jurors as to their qualification to serve as trial jurors.  .

At 9:55 a.m. The Court gave a brief synopsis of the case

Case Number: CGC-06-452846
Case Title: EVERETT HOGGE et al VS. A.W. CHESTERTON COMPANY et al

-1-

Date: May 21, 2007
Form: C01006

# SUPERIOR COURT OF CALIFORNIA
# COUNTY OF SAN FRANCISCO

## MINUTES

**Wednesday, May 23, 2007**

EVERETT HOGGE et al

              **PLAINTIFF**

        VS.

A.W. CHESTERTON COMPANY et al

Department:      611

Case Number:  CGC-06-452846

Nature of Cause:

MESOTHELIOMA

      JURY TRIAL

Present:

Judge:  DIANE E. WICK
Reporter: CANDACE YOUNT

Clerk:  DAVID SWANSON
Bailiff: not present

Appearing for Plaintiff (s):

STEPHEN HEALY, ESQ.
PHONE: (510) 559-9980

Appearing for Defendant(s):

ROBERT NELDER, ESQ.
ANTHONY TOPOLSKY, ESQ.
PHONE: 288-9800

---

At 8:30 a.m. having continued this trial from Monday, May 22., jury trial resumed this day.

At 8:30 a.m. the court and respective counsel met in chambers off of the record and out of the presence of the jury.

At 8:48 a.m. the jury, court and court staff were all present and Stephen Healy presented an opening statement.

At 9:15 a.m. Robert Nelder presented an opening statement.

At 9:35 a.m. the court ordered a recess until 9:55 a.m.

**Case Number: CGC-06-452846**
**Case Title: EVERETT HOGGE et al VS. A.W. CHESTERTON COMPANY et al**

# SUPERIOR COURT OF CALIFORNIA
# COUNTY OF SAN FRANCISCO

## MINUTES

| | |
|---|---|
| May 24, 2007 | Department:        611 |
| EVERETT HOGGE et al | Case Number:  CGC-06-452846 |
| PLAINTIFF | Nature of Cause: ASBESTOS – MESOTHELIOMA |
| VS. | |
| A.W. CHESTERTON COMPANY et al | JURY TRIAL |
| DEFENDANT | |

Present:

Judge:      DIANE ELAN WICK
Reporter:   CANDACE YOUNT #2737

Clerk:       DANIAL LEMIRE
Bailiff:

Appearing for Plaintiff (s):

STEPHEN HEALY, ESQ.
PHONE: (510)559-9980

Appearing for Defendant(s):

ROBERT NELDER, ESQ.
ANTHONY TOPOLSKY, ESQ.
PHONE: (415)288-9800

---

| | |
|---|---|
| 8:30am | Trial resumes this day after having been continued from Wednesday, May 23, 2007. |
| 8:39am | Plaintiff, Priscilla Hogge, is sworn and testifies on her own behalf. |
| 8:58am | The plaintiff is thanked and excused without cross-examination. |
| | The jury is admonished and excused for a short break. |
| 9:12am | The trial resumes with all parties present. |
| | For the purpose of introducing the plaintiff, Everett Hogge, a short portion of his videotaped testimony is played in open court for the jury. |
| | The remainder of the plaintiff's deposition is read in open court with Mordechai Pelta reading the part of the plaintiff Everett Hogge. |
| | Counsel waives the court reporter during the reading of the deposition. |

Case Number: CGC-06-452846
Case Title: EVERETT HOGGE et al VS. A.W. CHESTERTON COMPANY et al

Date: May 24, 2007
Form: C01006

# SUPERIOR COURT OF CALIFORNIA
# COUNTY OF SAN FRANCISCO

## MINUTES

| | |
|---|---|
| **Monday, June 04, 2007** | Department:        611 |
| EVERETT HOGGE et al | Case Number:  CGC-06-452846 |
| PLAINTIFF | Nature of Cause: MESOTHELI0MA |
| VS. | |
| A.W. CHESTERTON COMPANY et al | JURY TRIAL |
| DEFENDANT | |

Present:

Judge:  DIANE E. WICK
Reporter: CANDACE YOUNT

Clerk:   RANI EDWARDS
Bailiff: not present

Appearing for Plaintiff (s):

STEPHEN HEALY, ESQ.
PHONE: (510) 559-9980

Appearing for Defendant(s):

ROBERT NELDER, ESQ.
ANTHONY TOPOLSKY, ESQ.
PHONE: 288-9800

---

At 8:10 a.m. having continued this trial from Friday, May 25, 2007, Court and counsel met and conferred in chambers, off the record

At 8:35 a.m. in open court,  all present, as above listed, including members of the jury.
The Court advised the jury that the matter will be stayed until Monday, June 11th.  The jury was admonished and ordered to return on Monday, June 11th at 8:30 a.m. Should there be a change of status,  the jury will be advised accordingly.

At 9:05 a.m. outside the presence of the jury, the Court advised counsel that the case will proceed on Monday, June 11th.  In the meantime, counsel to meet and confer on witness scheduling. The Court advised counsel that due to the circumstances, witnesses will be taken out

Case Number: CGC-06-452846
Case Title: EVERETT HOGGE et al VS. A.W. CHESTERTON COMPANY et al

Date: June 04, 2007
Form: C01006

of order in order to accommodate them and to also retain the jury who were to advised that the trial end date is June 22nd.

Court adjourned until Monday, June 11th at 8:30 a.m.

Case Number: CGC-06-452846
Case Title: EVERETT HOGGE et al VS. A.W. CHESTERTON COMPANY et al

Date: June 04, 2007
                                                 Form: C01006

# EXHIBIT 3

1　HASSARD BONNINGTON LLP
　　B. THOMAS FRENCH, ESQ., State Bar No. 65848
2　ROBERT L. NELDER, ESQ., State Bar No. 125426
　　Two Embarcadero Center, Suite 1800
3　San Francisco, California 94111-3941
　　Telephone: (415) 288-9800
4　Fax: (415) 288-9802
　　btf@hassard.com

5

6　Attorneys for Defendant
　　JOHN CRANE INC.

7

8　　　　　　　　UNITED STATES DISTRICT COURT

9　　　　　　　NORTHERN DISTRICT OF CALIFORNIA

10

11　EVERETT HOGGE and　　　　　　No.
　　PRISCILLA HOGGE,
12　　　　　　　　　　　　　　　　　(San Francisco County Superior Court
　　　　　　　　　　Plaintiffs,　　　　Case No. CGC-06-452846)
13
　　　　vs.　　　　　　　　　　　　　**NOTICE OF REMOVAL**
14　　　　　　　　　　　　　　　　　28 U.S.C. Section 1441(b)
　　A.W. CHESTERTON COMPANY, et al.,　(Diversity Jurisdiction)
15
　　　　　　　　　　Defendants.
16

17

18　TO THE CLERK AND THE HONORABLE JUDGES OF THE UNITED STATES

19　DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:

20　　　　　　Defendant John Crane Inc. (hereinafter "John Crane" or "Defendant")

21　hereby removes to the United States District Court for the Northern District of

22　California, the following state court action: Everett Hogge and Priscilla Hogge,

23　plaintiffs v. A. W. Chesterton Company, et al., defendants, which was filed as Case

24　No. CGC-06-452846 in the Superior Court of the State of California, County of San

25　Francisco.

26　　　　　　Removal of this action is authorized under 28 U.S.C. section 1441(b),

27　diversity of citizenship, based on the following facts:

28　　　　　　1.　　On or about June 2, 2006, plaintiffs Everett Hogge and Priscilla

-1-

Hogge ("plaintiffs") commenced an action against Defendant by filing their complaint with the Superior Court of the State of California, County of San Francisco.  True and correct copies of the summons and the complaint ("Complaint"), together with Paul & Hanley, LLP's Master Complaint – Asbestos, which was filed on September 7, 2000, are attached to the accompanying declaration of B. Thomas French as Exhibit 1.

2.    It is undisputed that plaintiffs Everett Hogge and Priscilla Hogge are citizens of the State of Virginia.  Plaintiff states in response to interrogatories served in this case that they have lived in Glouster, Virginia from 1988 to the present.  (Please see Exhibit 2 attached to the accompanying declaration of Robert Hamblett, responses to Interrogatory Nos. 1 and 5.)

3.    At the time the complaint was filed, it could not be removed for multiple reasons including that one or more California defendants were named and sued in the Complaint.

4.    One of the defendants named in the complaint is Hill Brothers Chemical Company.  Hill Brothers Chemical Company is a California corporation with its principal place of business in California.  Attached as Exhibit 3 to the accompanying declaration of B. Thomas French is a true and correct copy of a printout from the California Secretary of State's website (www.ss.ca.gov/corpdata) identifying Hill Brothers Chemical Company as a California corporation with its principal place of business at 1675 N. Main St., Orange, California.

5.    As of May 11, 2007, six defendants remained in the Hogge matter, one of which was Hill Brothers Chemical Company.  Attached as Exhibit 4 to the accompanying declaration of B. Thomas French is a true and correct copy of the Court's May 14, 2007 Minute Order reflecting the parties as of May 11, 2007.

6.    As of May 15, 2007, after additional settlements, only two defendants remained:  John Crane Inc. and Hopeman Brothers, Inc.  Attached as Exhibit 5 to the accompanying declaration of B. Thomas French is a true and correct copy of the Court's May 15, 2007 Minute Order reflecting the parties as of that date.

-2-

1  Hill Brothers Chemical Company was, as of May 15, 2007, no longer a defendant in

2  the action.

3          7.    Hopeman Brothers, Inc., is a Delaware corporation with its

4  principal place of business is in North Carolina. Attached as Exhibit 6 to the

5  accompanying declaration of B. Thomas French is a true and correct copy of a

6  printout from the Hopeman Brothers, Inc., as a Delaware corporation with its principal

7  place of business at 155 Sunnynoll Ct., Suite 300, Winston Salem, North Carolina.

8          8.    Defendant John Crane Inc. is now the only remaining defendant

9  in this lawsuit. John Crane Inc. is a Delaware corporation with its principal place of

10 business in Illinois. Attached as Exhibit 7 to the accompanying declaration of B.

11 Thomas French is a true and correct copy of a printout from the California Secretary

12 of State's website (www.ss.ca.gov/corpdata) identifying John Crane Inc. as a

13 Delaware Corporation with its principal place of business in Morton Grove, Illinois.

14         9.    Defendant timely files this notice of removal on or about June 1,

15 2007, less than 30 days after receiving written notice of removability. 28 U.S.C.

16 §1446(b).

17         10.   The amount in controversy in this lawsuit exceeds $75,000.

18 Plaintiffs have recently filed formal demands in State Court against defendant John

19 Crane for amounts well in excess of the jurisdictional requirement. Attached as

20 Exhibit 8 to the accompanying declaration of B. Thomas French is a true and correct

21 copy of Plaintiffs' C.C.P. §998 Offer to Compromise to Defendant John Crane Inc.,

22 which shows the amounts of plaintiffs' demands at page 3.

23         11.   Attached as Exhibit 9 to the accompanying declaration of B.

24 Thomas French is a true and correct copy of an economic damages report created by

25 plaintiffs' expert, Dr. Barry Ben-Zion. Dr. Ben-Zion calculated plaintiffs' total

26 economic damages to be $2,161,850.

27         12.   Because this Court is the United States District Court for the

28 district and division embracing the place where the original State Court Complaint

-3-

NOTICE OF REMOVAL
P:\Wdocs\HBMAIN\01850\01251\00221281.DOC-6107

1   was filed, it is the appropriate court for removal under 28 U.S.C. §1446(a).

2        13.   Attached as Exhibit 10 to the accompanying declaration of B.

3   Thomas French is a copy of the Register of Actions in the state court proceeding. As

4   appears from Exhibit 10, the state court file is voluminous. To the extent that this

5   Court requires copies of records and proceedings in the state court proceeding,

6   Defendant respectfully requests this Court to issue a writ of certiorari to obtain these

7   voluminous documents from the San Francisco Superior Court pursuant to U.S.C.

8   §1447(b).

9        14.   John Crane Inc. also intends to seek transfer of this action to the

10  Eastern District of Pennsylvania, where all Federal Court asbestos actions have been

11  centralized in a single forum, i.e., *In re Asbestos Products Liability Litigation* (Multi

12  District Litigation Docket No. 875), pursuant to 28 U.S.C. §1407. Accordingly,

13  Defendant is concurrently filing a Notice of Pendency of Other Action regarding

14  MDL 875.

15       WHEREFORE, defendant John Crane Inc. respectfully removes the

16  above-described state court action to this Court and requests that all further

17  proceedings in this action be conducted before this Court as provided by law.

18       Dated: June 1, 2007

19       HASSARD BONNINGTON LLP

21  By: B. Thomas French
     B. Thomas French

23  Attorneys for Defendant
     JOHN CRANE INC.

-4-

# PROOF OF SERVICE

**Case Name:    Everett Hogge, et al. v. A.W. Chesterton Company, et al.**
**San Francisco County Superior Court Case No. CGC-06-452846**

1.  At the time of service I was over 18 years of age and not a party to this action.

2.  I am employed in the office of a member of the bar of this court at whose direction the service was made.  My business address is Two Embarcadero Center, Suite 1800, San Francisco, CA 94111.

3.   On June 1, 2007, I served the following documents:

### NOTICE TO STATE COURT AND TO ALL PARTIES OF REMOVAL TO UNITED STATES DISTRICT COURT

4.  I served the documents on the **persons** below as follows:

Dean A. Hanley, Esq.
Philip A. Harley, Esq.
Robert L. Barrow, Esq.
PAUL, HANLEY & HARLEY LLP
1608 Fourth Street, Suite 300
Berkeley, CA  94710
Telephone:  (510) 559-9980
FAX:  (510) 559-9970

5.   The documents were served by the following means (specify):

> **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 4 and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on June 1, 2007, at San Francisco, California.

_Michele Smith_
Michele Smith

-1-

1

**PROOF OF SERVICE**

2 **CASE NAME:** Everett Hogge, et al. v. A. W. Chesterton Company, et al.

3 **COURT:** San Francisco County Superior Court

4 **CASE NUMBER:** GCG-06-452846

5    I, the undersigned, hereby certify that I am a citizen of the United States, over
the age of eighteen years, and am not a party to the within action. I am employed in
6 the City and County of San Francisco, California, and my business address is Two
Embarcadero Center, Suite 1800, San Francisco, California 94111-3993. On the
7 date last written below, following ordinary business practice, I electronically served
the following document(s):

8

**NOTICE TO STATE COURT AND TO ALL PARTIES OF REMOVAL**
9 **TO UNITED STATES DISTRICT COURT**

10 via LexisNexis File & Serve on the recipients below and designated on the
Transaction Receipt located on the LexisNexis File & Serve website:

11

Dean A. Hanley, Esq.
12 Philip A. Harley, Esq.
Robert L. Barrow, Esq.
13 PAUL, HANLEY & HARLEY LLP
1608 Fourth Street, Suite 300
14 Berkeley, CA 94710
Telephone: (510) 559-9980
15 FAX: (510) 559-9970

16    I declare under penalty of perjury that the foregoing is true and correct and that
this Proof of Service was executed on June 1, 2007, at San Francisco, California.

17

18

19 Michele Smith

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE RE: DEFENDANT JOHN CRANE INC.'S PROPOSED JURY INSTRUCTIONS
P:\Wdocs\HBMAIN\01850\01251\00221725.DOC-6107

# Total Litigator

Michele Smith | Switch Client | Preferences | History | Sigr

| Home | Early Case Assessment | Draft, File & Serve | Discovery | Research | Gather Intelligence | Trial Prep | Alerts & Tracks | Search by Source | Litiga To |

Hassard Bonnington LLP | Resource Center | File & Serve Preference

**| Home | Filing & Service | Alerts | Search | Service of Process |**
**| Case History | Cases Search | Daily Docket | Transaction Status | Advanced Search |**

Home > Transaction 15087064

Printable Version    <<Previous transaction    Next transaction

**Case number:** 452846 [View Case History]    Filed and served at 6/1/2007 3:26 PM P

**Case name:** Hogge, Everett C vs A W Chesterton Co (Paul Hanley)

**Court:** CA Superior Court County of San Francisco

**Judge:** Judge, Asbestos

⦿ View all document(s) as a list    ◯ View document(s) inline

⊟ **Document List (1)    Total Statutory Fees: $0.00**

Main Document, 9 pages    ID: 17724674
Document History | PDF Format | Original Format

| | | | |
|---|---|---|---|
| **Document type:** | Notice (Other) | **Clerk review status/action:** | Accepted |
| **Security:** | Public | **Date reviewed:** | 6/7/2007 |
| **Statutory fee:** | $0.00 | | |
| **Document title:** | NOTICE TO STATE COURT AND TO ALL PARTIES OF REMOVAL TO UNITED STATES DISTRICT COURT | | |

⊟ **Other Transaction Data**

**Transaction Comment:**    **Financial Comment:**
None    None

**Client matter code**
1850-1251

⊟ **Sending Parties and Recipients**

⊟ **Sending Parties (1)**

| ▲Party | Party Type | Attorney | Attorney Type | Firm |
|---|---|---|---|---|
| John Crane Inc | Defendant | Nelder, Robert | Attorney in Charge | Hassard Bonnington LLP |

⊟ **Recipients (1)**

| ▲Party | Party Type | Attorney | Firm | Delivered | Method | Type |
|---|---|---|---|---|---|---|
| Hogge, Everett C | Plaintiff | Robert Barrow | Paul Hanley & Harley LLP-Berkeley | 6/1/2007 3:26 PM PDT | E-Service | Servic |

⊟ **Additional Recipients (0)**

| Document/Notice | Name | Method | Delivered |
|---|---|---|---|
| | none available | | |

**Service of Process:**

3:07-cv-02873-MJJ Hogge et al v. A.W. Chesterton Company

ADRMOP, E-Filing

U.S. District Court
Northern District of California
**Notice of Electronic Filing or Other Case Activity**

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

f there are two hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
*f there is no second hyperlink, there is no electronic document available*.
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at for more information.

The following transaction was received from by French, Bryant entered on 6/7/2007 12:24 PM and filed on 5/7/2007

| | |
|---|---|
| Case Name: | Hogge et al v. A.W. Chesterton Company |
| Case Number: | 3:07-cv-2873 |
| Filer: | John Crane, Inc. |
| Document Number: | 20 |

Docket Text:
CERTIFICATE OF SERVICE by John Crane, Inc. *OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT* (French, Bryant) (Filed on 6/7/2007)

**3:07-cv-2873 Notice has been electronically mailed to:**

Bryant Thomas French     btf@hassard.com, rmw@hassard.com

Dean Allan Hanley     dhanley@pbhlaw.com

Philip Allan Harley     DSage@PHHLaw.com

Robert Lee Nelder     rln@hassard.com

**3:07-cv-2873 Notice has been delivered by other means to:**

Robert L. Barrow

Paul, Hanley & Harley LLP
608 Fourth Street
Suite 300
Berkeley, CA 94710

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** p:\wdocs\hbmain\01850\01251\00222753.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=6/7/2007] [FileNumber=3506704-0] [
1d35f84087cf74ac7588e6d217ca1bc10e41800391dace4aa2020ad57998380a63e31
dc156468abc8f04f66ac08338382d7f7aea894c361a1c1a5b61f4f425]]

1 HASSARD BONNINGTON LLP
 B. THOMAS FRENCH, ESQ., State Bar No. 65848
2 ROBERT L. NELDER, ESQ., State Bar No. 125426
 Two Embarcadero Center, Suite 1800
3 San Francisco, California 94111-3941
 Telephone: (415) 288-9800
4 Fax: (415) 288-9802
 btf@hassard.com

5

6 Attorneys for Defendant
 JOHN CRANE INC.

7

8     UNITED STATES DISTRICT COURT

9    NORTHERN DISTRICT OF CALIFORNIA

10 EVERETT HOGGE and   No. C-07-2873-EDL
 PRISCILLA HOGGE,
11          (San Francisco County Superior Court
     Plaintiffs,   Case No. CGC-06-452846)
12
  vs.      **CERTIFICATE OF SERVICE OF**
13          **NOTICE TO ADVERSE PARTY OF**
 A.W. CHESTERTON COMPANY, et al., **REMOVAL TO FEDERAL COURT**
14
    Defendants.
15

16    I, Michele Smith, certify and declare as follows:

17    1.  I am over the age of 18 years and not a party to this action.

18    2.  My business address is Hassard Bonnington LLP, Two

19 Embarcadero Center, Suite 1800, San Francisco, California 94111, which is located

20 in the city, county, and state where the mailing described below took place.

21    3.  On June 1, 2007, I deposited in the United States Mail at San

22 Francisco, California, a copy of the Notice to State Court And To All Parties Of

23 Removal To United States District Court dated June 1, 2007, a copy of which is

24 attached to this Certificate.

25    I declare under penalty of perjury under the laws of the State of

26 California that the foregoing is true and correct. Executed on June 4, 2007 at San

27 Francisco, California.

28          Michele Smith
           Michele Smith

-1-

# CERTIFICATE OF SERVICE

**Case Name:**    **Everett Hogge, et al. v. A.W. Chesterton Company, et al.**
**San Francisco County Superior Court Case No. CGC-06-452846**

1.  At the time of service I was over 18 years of age and not a party to this action.

2.  I am employed in the office of a member of the bar of this court at whose direction the service was made. My business address is Two Embarcadero Center, Suite 1800, San Francisco, CA 94111.

3.  On June 4, 2007, I served the following documents:

## CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT

4.  I served the documents on the **persons** below as follows:

Dean A. Hanley, Esq.
Philip A. Harley, Esq.
Robert L. Barrow, Esq.
PAUL, HANLEY & HARLEY LLP
1608 Fourth Street, Suite 300
Berkeley, CA 94710
Telephone: (510) 559-9980
FAX: (510) 559-9970

5.  The documents were served by the following means (specify):

> **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 4 and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on June 4, 2007, at San Francisco, California.

Michele Smith

-1-

# EXHIBIT 4

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address):* TELEPHONE NO.: 818 865-2807 | FOR COURT USE ONLY |
|---|---|
| Jerry Neil Paul, Esq. (State Bar No. 94247)<br>5716 Corsa Avenue, Suite 203<br>Westlake Village, California 91362<br><br>ATTORNEY FOR *(Name):* Plaintiff | **ELECTRONICALLY**<br>**F I L E D**<br>*Superior Court of California,*<br>*County of San Francisco*<br><br>**JUN 01 2007**<br>GORDON PARK-LI, Clerk<br>BY: JUDITH NUNEZ<br>Deputy Clerk |

Insert name of court and name of judicial district and branch court, if any:

SUPERIOR COURT OF THE STATE OF CALIFORNIA
San Francisco, California 94102

PLAINTIFF/PETITIONER: EVERETT C. HOGGE et al.

DEFENDANT/RESPONDENT: A.W. CHESTERTON COMPANY et al.

| **REQUEST FOR DISMISSAL** | CASE NUMBER: |
|---|---|
| [X] Personal Injury, Property Damage, or Wrongful Death<br>    [ ] Motor Vehicle    [ ] Other<br>[ ] Family Law<br>[ ] Eminent Domain<br>[X] Other *(specify):* Asbestos Exposure | 452846 |

— **A conformed copy will not be returned by the clerk unless a method of return is provided with the document.** —

1. TO THE CLERK: Please dismiss this action as follows:

  a. (1) [X] With prejudice    (2) [ ] Without prejudice

  b. (1) [X] Complaint    (2) [ ] Petition
    (3) [ ] Cross-complaint filed by *(name):*        on *(date):*
    (4) [ ] Cross-complaint filed by *(name):*        on *(date):*
    (5) [ ] Entire action of all parties and all causes of action
    (6) [X] Other *(specify):** As to defendant HILL BROTHERS CHEMICAL COMPANY ONLY

Date: MAY 21, 2007        PAUL, HANLEY & HARLEY LLP

Jerry Neil Paul, Esq.        ▶ _____
(TYPE OR PRINT NAME OF [X] ATTORNEY [ ] PARTY WITHOUT ATTORNEY)  (SIGNATURE)
        Attorney or party without attorney for:

\* If dismissal requested is of specified parties only, of specified causes of action only, or of specified cross-complaints only, so state and identify the parties, causes of action, or cross-complaints to be dismissed.

[X] Plaintiff/Petitioner    [ ] Defendant/Respondent
[ ] Cross-complainant

2. TO THE CLERK: Consent to the above dismissal is hereby given.**
Date:

        ▶ _____
(TYPE OR PRINT NAME OF [ ] ATTORNEY [ ] PARTY WITHOUT ATTORNEY)  (SIGNATURE)
        Attorney or party without attorney for:

\*\* If a cross-complaint - or Response (Family Law) seeking affirmative relief - is on file, the attorney for cross-complainant (respondent) must sign this consent if required by Code of Civil Procedure section 581(i) or (j).

[ ] Plaintiff/Petitioner    [ ] Defendant/Respondent
[ ] Cross-complainant

*(To be completed by clerk)*
3. [ ] Dismissal entered as requested on *(date):*
4. [ ] Dismissal entered on *(date):*    as to only *(name):*
5. [ ] Dismissal **not entered** as requested for the following reasons *(specify):*

6. [ ] a. Attorney or party without attorney notified on *(date):*
    b. Attorney or party without attorney not notified. Filing party failed to provide
        [ ] a copy to conform    [ ] means to return conformed copy

Date: _____    Clerk, by _____, Deputy

| Form Adopted by the<br>Judicial Council of California<br>982(a)(5) [Rev. January 1, 1997]<br>Mandatory Form | **REQUEST FOR DISMISSAL** | Legal<br>Solutions<br>Plus | Code of Civil Procedure, § 581 et seq.<br>Cal. Rules of Court, rules 383, 1233 |