1   Dean A. Hanley, Esq.   (State Bar No. 169507)
    Philip A. Harley, Esq.   (State Bar No. 147407)
2   Deborah R. Rosenthal, Esq. (State Bar No. 184241)
    PAUL, HANLEY & HARLEY LLP
3   1608 Fourth Street, Suite 300
    Berkeley, California 94710
4   Telephone:  (510) 559-9980
    Facsimile:  (510) 559-9970
5   Email:  pharley@phhlaw.com
    Email:  drosenthal@phhlaw.com
6   Attorneys for Plaintiffs

7

8                      UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11  EVERETT HOGGE and PRISCILLA          )   Case Nos.: C 07 2873 MJJ
    HOGGE,                               )
12                                       )   **DECLARATION OF DEBORAH R.**
                                         )   **ROSENTHAL IN SUPPORT OF**
13            Plaintiffs,                )   **PLAINTIFFS' REPLY TO JOHN CRANE**
    vs.                                  )   **INC.'S OPPOSITION TO MOTION FOR**
14                                       )   **REMAND**
    A.W. CHESTERTON COMPANY, et al,      )
15                                       )   [28 USC § 1447; F.R.C.P. 7(b); ND CA Local
              Defendants.                )   Rule 6-3]
16                                       )
                                         )   Hearing Date:        To Be Determined
17                                       )   Time:                9:30 a.m.
                                         )   Courtroom:           11, 19th Floor
18  _____)   Judge:               Hon. Martin J. Jenkins

19

20      I, Deborah R. Rosenthal, declare as follows:

21      1.      I am an attorney admitted to practice law before this Court and all the courts of the

22  State of California and am an associate of Paul, Hanley & Harley, LLP, attorneys of record for

23  plaintiff herein.  The matters stated herein are true to my own personal knowledge, except as

24  otherwise stated.  If called upon as a witness to, I could and would testify to the following facts.

25      2.      Attached hereto as **Exhibit "1"** is a true and correct copy the Virginia State

26  Corporation Commission's record showing that Hopeman Brothers, Inc., is incorporated in the

27  State of Virginia.  Defendant's Exhibit 6 shows that Hopeman Brothers, Inc., is incorporated in

28

**DECLARATION OF DEBORAH R. ROSENTHAL IN SUPPORT OF PLAINTIFFS' REPLY TO JOHN**
**CRANE INC.'S OPPOSITION TO MOTION FOR REMAND**                                    PAGE 1

the State of Delaware. I am informed and believe that Hopeman Brothers, Inc., was formerly incorporated in Delaware, but on February 1, 2007, it re-incorporated in Virginia.

3. Attached hereto as **Exhibit "2"** is the Stipulation to Remand Action to Superior Court of California, executed by counsel for plaintiffs Gene Murray and Anna Marie Murray and for defendant Hopeman Brothers, Inc., and subsequently filed in the case of *Gene Murray and Anna Marie Murray v. A.W. Chesterton Co., et. al.,* U.S. District Court for the Northern District of California, Oakland Division, Case No. C 07 0843 WDB. In this stipulation, counsel for Hopeman Brothers, Inc., represents and stipulates to the fact that Hopeman Brothers, Inc., recently changed its place of incorporation to the State of Virginia. This constituted grounds for remand in the *Murray* case because plaintiffs in that case were citizens of Virginia, as they are in this case (see JOHN CRANE's Notice of Removal at ¶ 2 and Exhibit 2.)

I declare under the penalty of perjury under the laws of the State of California and of the United States that the foregoing is true and correct. Executed on June 8, 2007, in Berkeley, California.

_____
Deborah R. Rosenthal

# EXHIBIT "1"

Source: <u>Public Records</u> > <u>Find a Business</u> > <u>Corporation, Partnership & DBA Registrations by State</u> > **VA Business and Corporation Information** [i]
Terms: **"hopeman brothers"**  (<u>Edit Search</u> | <u>Suggest Terms for My Search</u>)

☞ Select for FOCUS™ or Delivery
☐

*VIRGINIA STATE CORPORATION COMMISSION*

**THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY**

**CERTIFICATION CAN ONLY BE OBTAINED THROUGH THE ISSUING GOVERNMENT AGENCY**

VIRGINIA STATE CORPORATION COMMISSION

**Company Name: Hopeman Brothers,** Inc.

**Type:** CORPORATION

**Status:** ACTIVE

**Status Date:** 2/1/2007

**Filing Date:** 2/1/2007

**Duration:** PERPETUAL

**Date of Incorporation/Qualification:** 2/1/2007

**State or Country of Incorporation:** VIRGINIA

**Registered Agent:**
AWH CORPORATION
Status: ACTIVE
Creation Date: 2/1/2007

**Registered Office:**
435 ESSEX AVE STE 101
WAYNESBORO, VA 22980

**Other Name Information:**
**HOPEMAN BROTHERS** MERGER, INC.
Type: FORMER

**Additional Information:** INDUSTRY: GENERAL

**Filing Number:** 671729

**Stock Information:**
Type of Stock: COMMON

Authorized Quantity: 100
Change in Stock: NO

**History:**
File Date: 2/5/2007
Type: MERGER-SURVIVOR CORPORATION

File Date: 2/5/2007
Type: NAME CHANGE

Source: Public Records > Find a Business > Corporation, Partnership & DBA Registrations by State > **VA Business and Corporation Information** 
Terms: **"hopeman brothers"** (Edit Search | Suggest Terms for My Search)
View: Full
Date/Time: Friday, June 8, 2007 - 1:58 PM EDT

LexisNexis®    About LexisNexis  | Terms & Conditions
Copyright © 2007 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

# EXHIBIT "2"

1 | Dean A. Hanley, Esq.   (State Bar No. 169507)
2 | Philip A. Harley, Esq.   (State Bar No. 147407)
Deborah R. Rosenthal, Esq. (State Bar No. 184241)
PAUL, HANLEY & HARLEY LLP
3 | 1608 Fourth Street, Suite 300
Berkeley, California 94710
4 | Telephone:  (510) 559-9980
Facsimile:   (510) 559-9970
5 | Email:  pharley@phhlaw.com

6 | Attorneys for Plaintiffs

7

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10 | OAKLAND DIVISION

11 | GENE MURRAY and ANNA MARIE          )   Case No.: C 07 0843 WDB
MURRAY,                              )
12 |                                      )   **STIPULATION TO REMAND ACTION**
                                     )   **TO SUPERIOR COURT OF**
13 |         Plaintiffs,                  )   **CALIFORNIA; [PROPOSED] ORDER**
     vs.                             )
14 |                                      )
A.W. CHESTERTON COMPANY, et al,      )
15 |                                      )
         Defendants.                 )
16 |                                      )
                                     )
17 |                                      )
                                     )
18 |                                      )

19 |        Defendant HOPEMAN BROTHERS, INC., having recently changed its place of

20 | incorporation to the State of Virginia, and the plaintiffs being citizens of the State of Virginia,

21 |        IT IS HEREBY STIPULATED by and between the above-captioned plaintiffs and

22 | defendant HOPEMAN BROTHERS, INC.—the sole party that removed this case from the

23 | Superior Court of the State of California, County of Alameda, to the U.S District Court for the

24 | Northern District of California—that the parties are not diverse and this Court does not have

25 | subject matter jurisdiction over this action.

26 |        IT IS FURTHER STIPULATED, based thereon, that this case should be remanded to

27 | state court at the earliest possible date.

28 | **STIPULATION TO REMAND ACTION TO SUPERIOR COURT OF CALIFORNIA; [PROPOSED]
ORDER**                                                                        PAGE 1
S:\Clients\Plaintiffs\M\Murray, Gene 9358 -- ALA\Motions\HOPEMAN motion to remand - stip.doc

1   IT IS FURTHER STIPULATED that each party shall bear its own fees and costs.

2   SO STIPULATED by below-signing counsel, on behalf of the parties:

3

4   Dated: February 13, 2007                    PAUL, HANLEY & HARLEY LLP

5

6                                               By: _____

7                                                   Deborah R. Rosenthal, Esq.
                                                    Attorneys for Plaintiffs

8   Dated: February 13, 2007                    BASSI, MARTINI, EDLIN & BLUM, LLP

9

10                                              By_____

11                                                 Robert Kraft, Esq.
                                                   Attorneys for HOPEMAN BROTHERS, INC.

12

13                                              * * *

14

15                                             **ORDER**

16          Counsel for plaintiffs and for defendant HOPEMAN BROTHERS, INC., the sole party

17   who removed this case from the Superior Court of the State of California to the U.S. District

18   Court, having stipulated that this case be remanded to state court,

19          PURSUANT TO STIPULATION, IT IS SO ORDERED that the above-captioned case is

20   REMANDED to the Superior Court of California, County of Alameda.

21   Dated: _____         _____

22                                              Honorable Wayne D. Brazil

23

24

25

26

27

28
     **STIPULATION TO REMAND ACTION TO SUPERIOR COURT OF CALIFORNIA; [PROPOSED]**
     **ORDER**                                                                      PAGE 2
     S:\Clients\Plaintiffs\M\Murray, Gene 9358 -- ALA\Motions\HOPEMAN motion to remand - stip.doc

FE FEB. 13. 2007  2:10PM PM FBASSI MARTINI EDLIN & BLUM, LLP      TO 2875     NO. 7065   P. 3   P.03/05

1    IT IS FURTHER STIPULATED that each party shall bear its own fees and costs.

2    SO STIPULATED by below-signing counsel, on behalf of the parties:

3

4    Dated: February 13, 2007                    PAUL, HANLEY & HARLEY LLP

5

6

7                                                By: _____
                                                 Deborah R. Rosenthal, Esq.
8                                                Attorneys for Plaintiffs

9    Dated: February 13, 2007                    BASSI, MARTINI, EDLIN & BLUM, LLP

10

11                                               By _____
                                                 Robert Kraft, Esq.
12                                               Attorneys for HOPEMAN BROTHERS, INC.

13

14                          * * *

15                        <u>ORDER</u>

16        Counsel for plaintiffs and for defendant HOPEMAN BROTHERS, INC., the sole party

17   who removed this case from the Superior Court of the State of California to the U.S. District

18   Court, having stipulated that this case be remanded to state court,

19        PURSUANT TO STIPULATION, IT IS SO ORDERED that the above-captioned case is

20   REMANDED to the Superior Court of California, County of Alameda.

21   Dated: _____

22                                               _____
                                                 Honorable Wayne D. Brazil
23

24

25

26

27

28
     STIPULATION TO REMAND ACTION TO SUPERIOR COURT OF CALIFORNIA; [PROPOSED]
     ORDER

1

## PROOF OF SERVICE

2

STATE OF CALIFORNIA - COUNTY OF ALAMEDA

3

I am employed in the County of Alameda, State of California, I am over the age of 18

4

years and not a party to the within action.  My business address is 1608 Fourth Street, Suite 300,

5

Berkeley, CA 94710.

6

On February 13, 2007, I served the foregoing:

7

8    1.    **STIPULATION TO REMAND ACTION TO SUPERIOR COURT OF
           CALIFORNIA; [PROPOSED] ORDER**

9

10   2.    **STIPULATION TO WITHDRAW NOTICE OF REMOVAL; [PROPOSED]
           ORDER**

11

12   and a copy of this declaration to the interested parties herein as follows:

13       [  ]    By personal delivery of a true copy thereof to:

14       [  ]    By transmittal from a facsimile machine whose telephone number is (510)
                 559 9970:

15

16       [X]    By placing a true copy thereof enclosed in a sealed envelope with postage
                thereon fully prepaid in the United States mail at Berkeley, California,
                addressed as follows:

17

18       **DEFENDANT HOPEMAN BROTHERS**
         Bassi, Martini, Edlin & Blum
         351 California Street, Suite 200

19       San Francisco, CA  94104

20       I declare under penalty of perjury under the laws of the State of California that the

21   foregoing is true and correct.  Executed in Berkeley, California.

22   DATE:  February 13, 2007

23

24                                                    Enedra L. Harden

25

26   Gene Murray, et a.l v. A.W. Chesterton Company, et al
     Northern District Case No. C 07 0843 WDB

27

28

S:\Clients\Plaintiffs\M\Murray, Gene 9358 -- ALA\POS\HOPEMAN stip to withdraw and stip to remand action POS.doc