**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

June 11, 2007

San Francisco Superior Court
400 McAllister Street
San Francisco, CA 94102

RE:  CV 07-02873 MJJ    Everett Hogge and Priscilla Hogge-v-A W Chesterton Company
       Your Case Number: (CGC 06-452846)

Dear Clerk,

Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

(✔)   Certified copies of docket entries

(✔)   Certified copies of Remand Order

(  )   Other

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,

RICHARD W. WIEKING, Clerk

by: /s/  Sheila Rash
Case Systems Administrator

Enclosures
Copies to counsel of record