Dean A. Hanley, Esq.   (State Bar No. 169507)
Philip A. Harley, Esq.   (State Bar No. 147407)
Deborah R. Rosenthal, Esq. (State Bar No. 184241)
PAUL, HANLEY & HARLEY LLP
1608 Fourth Street, Suite 300
Berkeley, California 94710
Telephone:  (510) 559-9980
Facsimile:   (510) 559-9970
Email:  pharley@phhlaw.com
Email:  drosenthal@phhlaw.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EVERETT HOGGE and PRISCILLA HOGGE,<br><br>Plaintiffs,<br><br>vs.<br><br>A.W. CHESTERTON COMPANY, *et al*,<br><br>Defendants. | Case No.:  C07 2873 MJJ<br><br>**DECLARATION OF PHILIP A. HARLEY IN SUPPORT OF PLAINTIFFS' MOTION FOR COSTS AND EXPENSES INCURRED AS A RESULT OF REMOVAL**<br><br>[28 U.S.C. § 1447(c); ND CA Local Rules 7-2 & 7-8]<br><br>Hearing Date:    July 24, 2007<br>Time:                  9:30 a.m.<br>Courtroom:       11, 19th Floor<br>Judge:                Hon. Martin J. Jenkins |

I, Philip A. Harley, declare as follows:

1. I am an attorney admitted to practice law before this Court and all the courts of the State of California and am a partner in the firm of Paul, Hanley & Harley, LLP, counsel of record for plaintiffs in this action. The matters stated herein are true to my own personal knowledge unless specifically stated otherwise. If called upon as a witness, I could and would testify to the following facts.

2. I was admitted to practice law in 1974 in Kansas and admitted to the California bar in 1990. Since approximately 1990, my professional activities have primarily involved handling

asbestos personal injury cases in California. In the past 17 years, I have been either the primary attorney or supervising attorney in more than 2,000 cases involving client suffering from mesothelioma and/or other asbestos-related diseases.

3. In preparation of plaintiffs' motion for remand, over the weekend on June 2 and 3, 2007, I reviewed the facts and files pertaining to the state court action of *Everett Hogge and Priscilla Hogge v. A.W. Chesterton Co., et. al.,* San Francisco Superior Court Case No. 452846, including the history and status of settlement discussions and other related negotiations between our office and counsel for the various defendants. This is contained in our firm's database, which tracks confidential settlements and confidential negotiations between counsel in all pending cases. I personally supervise and am involved in maintaining this database. The database is a confidential business record. The firm relies on the accuracy of the information to conduct its practice. I believe the information in the database is true and accurate. I referred to this information to assist in the drafting of Dean A. Hanley's Declaration In Support of Plaintiffs' Motion for Remand. I spent approximately .5 hours on this undertaking.

4. In addition to assisting in the preparation of Mr. Hanley's declaration, during the week of June 4, 2007, I met and conferred with associates Stephen J. Healy and Deborah R. Rosenthal of this firm regarding Plaintiffs' Motion for Remand and how to have it heard on shortened time. I also assisted in the legal and factual research and drafting of Plaintiffs' Motion for Remand, Order Shortening Time, Request for Intervention of the General Duty Judge, and Plaintiffs' Reply brief. I spent approximately 1.5 hours handling these matters.

5. On June 7, 2007, I engaged in several telephone calls with a clerk of the San Francisco Superior Court regarding the status of the removal and remand petitions and the possibility of keeping the jury and Judge Wick assigned to the *Hogge* trial and resuming trial the following week. These conversations were necessary because the jury was only time-qualified to sit until June 22, 2007, and the Court also had questions about the possibility of assigning Judge Wick to a new trial. I spent approximately .5 hours communicating with the San Francisco Superior Court with regard to these matters.

**DECLARATION OF PHILIP A. HARLEY IN SUPPORT OF PLAINTIFFS' MOTION FOR COSTS AND EXPENSES INCURRED AS A RESULT OF REMOVAL**

PAGE 2

S:\Clients\Plaintiffs\H\Hogge, Everett 10293\Motions\JOHNCRANE removal costs - PAH dec.doc

6. During the week of June 4, 2007, I personally supervised all work regarding the removal in this case. This involved approximately eight telephone conversations with trial attorney Stephen J. Healy and four office conference with associate attorney Deborah R. Rosenthal and/or Stephen J. Healy. I reviewed legal arguments, scheduling, and local procedures with these attorneys. My total time spent in supervision was two hours.

7. During the week of June 11, 2007, I spent an additional one hour in conference with Deborah Rosenthal and Dean Hanley regarding this motion for costs and in preparing this declaration and reviewing Plaintiffs' Motion for Costs and Expenses Incurred As A Result of Removal.

8. My hourly rate is $650 per hour.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on June __, 2007, in Berkeley, California.

Philip A. Harley

**DECLARATION OF PHILIP A. HARLEY IN SUPPORT OF PLAINTIFFS' MOTION FOR COSTS AND EXPENSES INCURRED AS A RESULT OF REMOVAL**
PAGE 3

S:\Clients\Plaintiffs\H\Hogge, Everett 10293\Motions\JOHNCRANE removal costs - PAH dec.doc