1  Dean A. Hanley, Esq.   (State Bar No. 169507)
   Philip A. Harley, Esq.   (State Bar No. 147407)
2  Deborah R. Rosenthal, Esq. (State Bar No. 184241)
   PAUL, HANLEY & HARLEY LLP
3  1608 Fourth Street, Suite 300
   Berkeley, California 94710
4  Telephone:  (510) 559-9980
   Facsimile:  (510) 559-9970
5  Email:  pharley@phhlaw.com
   Email:  drosenthal@phhlaw.com
6  Attorneys for Plaintiffs

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11  EVERETT HOGGE and PRISCILLA          )  Case No.:  C07 2873 MJJ
    HOGGE,                               )
12                                       )  **DECLARATION OF MARK ABELSON IN**
                                         )  **SUPPORT OF PLAINTIFFS' MOTION**
13          Plaintiffs,                  )  **FOR COSTS AND EXPENSES**
    vs.                                  )  **INCURRED AS A RESULT OF**
14                                       )  **REMOVAL**
    A.W. CHESTERTON COMPANY, et al,      )
15                                       )  _____
            Defendants.                  )  [28 U.S.C. § 1447(c); ND CA Local Rules 7-2 & 7-8]
16                                       )
                                         )  Hearing Date:        July 24, 2007
17                                       )  Time:                9:30 a.m.
                                         )  Courtroom:           11, 19th Floor
18                                       )  Judge:               Hon. Martin J. Jenkins
                                         )
19

20

21          I, Mark Abelson, declare as follows:

22          1.  I am an attorney admitted to practice law before the United States District Court for

23  the Northern District of California and all the courts of the State of California and am a partner in

24  the firm of Campagnoli Abelson & Campagnoli, counsel for Paul, Hanley & Harley, LLP.  The

25  matters stated herein are true to my own personal knowledge unless specifically stated otherwise.

26  If called upon as a witness, I could and would testify to the following facts.

27          2.  I was admitted to practice law in the State of California in 1976.

28  DECLARATION OF MARK ABELSON IN SUPPORT OF PLAINTIFFS' MOTION FOR COSTS AND
    EXPENSES INCURRED AS A RESULT OF REMOVAL
                                      PAGE 1

\\dkc15\files\MBA Files\PHH v. Wartnick\MBA declaration 06-07.doc

3.  From 1976 through 1979 I worked as a trial attorney for an insurance defense firm. In 1979 I started my own practice, and since that time my practice has involved primarily plaintiffs tort litigation with an emphasis on legal malpractice cases.  In the last twenty years a significant portion of my practice has been devoted to representing law firms regarding ethical issues, issues of conflict of interest, client attorney relationships and problems arising therefrom, fee disputes, law firm business formation and business entity termination, hiring and firing of attorneys, expert testimony regarding the standard of care and related matters, and finally, presenting seminars and/or teaching attorneys for sanctioned continuing legal education courses. I am well familiar with the standard of care to be excercised by attorneys as well as the business practices of law firms and the value of work performed by attorneys and the hourly rates charged by attorneys.

4.  I have reviewed the Declarations of Deborah R. Rosenthal, Stephen J. Healy, Philip A. Harley, and Dean A. Hanley all in Support Of Plaintiffs' Motion for Costs and Expenses Incurred as a Result of Removal, as well as the Declaration of Dean A. Hanley in Support of Plaintiffs' Re-Notice of Motion for Remand.

5.  I have added up all of the time spent by each of the declarants for the professional services rendered by them in regard to the Motion for Removal and the Motion for Remand.

6.  Based on my knowledge, experience and familiarity with the practice of law as outlined in Paragraph 3 of this Declaration, it is my opinion that the legal work performed by the aforementioned declarants, including work performed on the weekends and in a most expeditious and exigent manner, was very reasonable in terms of the amount of time expended by each declarant.  It should be noted that the result achieved for the client of Paul, Hanley & Harley, LLP, was outstanding in light of the foreseeable harm to the Plaintiffs in this matter.

7.  Additionally, based on my knowledge and experience practicing law in all of the areas as stated in Paragraph 3 of this Declaration and my familiarity with the San Francisco Bay Area law firms, including the standard of care, business practices and rates for attorneys fees and rates charged by individual attorneys, it is my opinion that the hourly rates as stated in each of

**DECLARATION OF MARK ABELSON IN SUPPORT OF PLAINTIFFS' MOTION FOR COSTS AND EXPENSES INCURRED AS A RESULT OF REMOVAL**

PAGE 2

\\dkc15\files\MBA Files\PHH v. Wartnick\MBA declaration 06-07.doc

1   the abovementioned declarations is reasonable and well within the reasonable range for other

2   attorneys with similar years of practice and experience.  Furthermore, the costs that have been

3   incurred are also reasonable for the work performed by each of these declarants.

4       8.  On June 15, 2007, I spent approximately 1.5 hours communicating with Deborah

5   Rosenthal, reviewing the declarations identified in this Declaration, and in preparation of my

6   own declaration.

7       9.  My hourly fee is $430.00 per hour.

8       I declare under the penalty of perjury under the laws of the State of California that the

9   foregoing is true and correct.  Executed on June 15, 2007, in San Francisco, California.

10

11

12                                                  Mark Abelson

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  **DECLARATION OF MARK ABELSON IN SUPPORT OF PLAINTIFFS' MOTION FOR COSTS AND EXPENSES INCURRED AS A RESULT OF REMOVAL**

PAGE 3

C:\Documents and Settings\Wendy.CAROL-BAGWELL\Local Settings\Temporary Internet Files\OLK63\JOHNCRANE removal costs - Abelson dec.doc