Dean A. Hanley, Esq.   (State Bar No. 169507)
Philip A. Harley, Esq.   (State Bar No. 147407)
Deborah R. Rosenthal, Esq. (State Bar No. 184241)
PAUL, HANLEY & HARLEY LLP
1608 Fourth Street, Suite 300
Berkeley, California 94710
Telephone:  (510) 559-9980
Facsimile:   (510) 559-9970
Email: pharley@phhlaw.com
Email: drosenthal@phhlaw.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EVERETT HOGGE and PRISCILLA HOGGE,<br><br>        Plaintiffs,<br><br>vs.<br><br>A.W. CHESTERTON COMPANY, *et al*,<br><br>        Defendants. | Case No.: C 07 2873 MJJ<br><br>**DECLARATION OF DIANA M. SAGE IN SUPPORT OF PLAINTIFFS' MOTION FOR COSTS AND EXPENSES INCURRED AS A RESULT OF REMOVAL**<br><br>[28 U.S.C. § 1447(c); ND CA Local Rules 7-2 & 7-8]<br><br>Hearing Date:     July 24, 2007<br>Time:             9:30 a.m.<br>Courtroom:        11, 19th Floor<br>Judge:            Hon. Martin J. Jenkins |

I, DIANA M. SAGE, declare as follows:

1. I am a paralegal employed at the law firm of PAUL, HANLEY & HARLEY, LLP. The matters stated herein are true to my own personal knowledge, except as otherwise stated. If called upon as a witness to testify, I could and would testify to the following facts.

2. As part of my job duties, I coordinate travel arrangements for plaintiffs' witnesses appearing at trial in cases handled by this law firm. I personally made travel arrangements for every witness testifying as part of plaintiffs' case in the matter of *Everett Hogge and Priscilla Hogge v. A.W. Chesterton Co., et. al.,* San Francisco Superior Court Case No. 452846.

3. During the week of May 28, 2007, I made travel arrangements for witnesses scheduled to appear and testify in the *Hogge* case during the week of June 4, 2007. These arrangements included airfare and hotel accommodations for Dr. Arnold Brody, one of plaintiff's experts traveling from Raleigh, North Carolina, and scheduled to testify on June 4, 2007; and airfare and hotel accommodations for Mr. Richard Hatfield, another of plaintiff's experts, who was traveling to San Francisco from Suwanee, Georgia, to testify on June 7, 2007. Each of these experts requires advance notice to reserve dates for travel and testimony. Dr. Brody charges a cancellation fee if we change or cancel a scheduled appearance. Mr. Hatfield charges a cancellation fee if we change or cancel a scheduled appearance within two weeks of the appointed date and time.

4. I did not receive notice until after 4:00 p.m. on Friday, June 1, 2007, that the *Hogge* case had been removed to federal court and that this action stayed all proceedings in the state court. I immediately canceled the plane and hotel reservations and notified Dr. Brody and Mr. Hatfield. However, because we did not cancel earlier, we incurred cancellation fees of $3,200 for Dr. Brody and $3,000 for Mr. Hatfield.

5. Attached hereto as Exhibit 1 is a true and correct copy of the invoice from Dr. Brody's office for his cancellation fee of $3,200.

6. Attached hereto as Exhibit 2 is a true and correct copy of the invoice from Mr. Hatfield's office for his cancellation fee of $3,000.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on June 15, 2007, in Berkeley, California.

_Diana M. Sage_
Diana M. Sage

**DECLARATION OF DIANA M. SAGE IN SUPPORT OF PLAINTIFFS' MOTION FOR COSTS AND EXPENSES INCURRED AS A RESULT OF REMOVAL**
PAGE 2

S:\Clients\Plaintiffs\H\Hogge, Everett 10293\Motions\JOHNCRANE removal costs - DMS dec.doc

**EXHIBIT "1"**

June 12, 2007

Ms. Diana Sage
Paul, Hanley and Harley
1608 Fourth St.
Suite 300
Berkeley, CA 94710

Dear Ms. Sage:

    I am sorry that the schedule we arranged for me to travel to San Francisco and testify on Monday, June 4, did not work out as we had planned. Since this was canceled at the last minute, I ma charging a one-day fee of **$3200.**

    I appreciate your taking care of this matter and look forward to working with you again. Please have a check sent to my home at-
**1910 GLENMARTIN DR., RALEIGH, NC, 27615.**

Sincerely,

Arnold R. Brody, Ph.D.
Professor

**EXHIBIT "2"**



**MAS, LLC**
3945 Lakefield Court
Suwanee, Georgia 30024
(770) 866-3200
FAX (770) 866-3259
ar@mastest.com

1
****Reprint****

## INVOICE

Paul, Hanley & Harley
Attn. Accounts Payable
1608 Fourth Street, Suite 300
Berkeley, CA 94710  USA

Invoice Date: 6/8/2007
Invoice Number: 0000007360
Contact: Heather Brink
Expert: 14-Hatfield
PO Number:

Project#: 14060713

Case Name: Hogge

| | | Units | Rate | Extended Amt |
|---|---|---|---|---|
| 14 - Cancellation Fee-Trial | Trial Testimony Scheduled For 6/7 & 6/8 | 1.000 | 3,000.000 | 3,000.00 |

***Please Make Checks Payable to MAS, LLC.***

For Professional Services Rendered: 3,000.00

**Payment Terms:** U.S. clients: Prepayment requested on all initial transactions. Payment in full is due within 30 days from date of invoice (Net 30 terms).
**International Transactions:** Prepayment of 100% of estimated total required.
**Wire Transfers:** Please add $25.00 to invoice total.
**Late Payments:** The greater of 1.5% or $25.00 per month may be imposed on past due accounts (over 30 days). A fee of $60.00 will be assessed for all returned checks. Client is responsible for all collection fees, charges and interest.

F.E.I. #20-5940571