**EXHIBIT "7"**

United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVERETT HOGGE AND PRISCILLA HOGGE, | No. C07-02873 MJJ |
| Plaintiff, | **ORDER GRANTING PLAINTIFFS' MOTION FOR AN ORDER SHORTENING TIME FOR BRIEFING SCHEDULE AND HEARING OF MOTION FOR REMAND** |
| v. | |
| A. W. CHESTERTON COMPANY, | |
| Defendant. | |

Before the Court is Plaintiffs Everett Hogge and Priscilla Hogge's ("Plaintiffs") Motion for Order Shortening Time For Briefing Schedule and Hearing of Motion to Remand.[1] Also before the Court is Plaintiffs' Request for Intervention of the General Duty Judge.[2] Upon good cause shown, the Court **GRANTS** Plaintiffs' Motion for an Order Shortening Time for Briefing Schedule and Hearing of Motion to Remand. The Court **DENIES** Plaintiffs' Request for Intervention of the General Duty Judge.

Defendant John Crane Inc.'s ("Defendant") Opposition brief, if any, shall be filed not later than **11:00 a.m. on June 8, 2007**, and shall not exceed **ten pages** in length. Plaintiffs' Reply brief, in any, shall be filed not later than **3:00 p.m. on June 8, 2007**, and shall not exceed **five pages** in length.

_____

[1]Docket No. 17.

[2]Docket No. 18.

1     The Court will deem the matter submitted on the papers and will set the matter for a hearing

2    only if necessary.

3

4    **IT IS SO ORDERED.**

5

6    Dated: June 7, 2007

7                                                                    MARTIN J. JENKINS
                                                                     UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court

For the Northern District of California

2

**EXHIBIT "8"**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EVERETT HOGGE AND PRISCILLA HOGGE,      No. C07-02873 MJJ

               Plaintiff,      **ORDER GRANTING PLAINTIFFS' MOTION TO REMAND**

   v.

A W CHESTERTON COMPANY,

              Defendant.
                             /

      Before the Court is Plaintiffs Everett Hogge and Priscilla Hogge ("Plaintiffs") Motion to Remand.[1] Defendant John Crane Inc. ("Defendant") opposes the motion. The Court having considered the parties' arguments and upon good cause shown **GRANTS** Plaintiffs' motion.

      Pursuant to 28 U.S.C. § 1441(a), a defendant in a civil action may remove a case from state court to federal district court if the district court has subject matter jurisdiction over the case. The district court has subject matter jurisdiction over a case if there is diversity of citizenship between the parties or if the action is founded on a claim arising under the Constitution, laws, or treaties of the United States. 28 U.S.C. § 1441(b); 28 U.S.C. § 1331 (federal question); 28 U.S.C. § 1332 (diversity jurisdiction); *Ethridge v. Harbor House Restaurant*, 861 F.2d 1389, 1393 (9th Cir. 1988). Section 1441(b) further provides that if the basis for federal jurisdiction is diversity of citizenship, removal is available only if no defendant is a citizen of the forum state. As the party seeking to

---

[1]Docket No. 16.

1  remove the action, the defendant bears the burden of establishing that subject matter jurisdiction

2  exists. *Ethridge*, 861 F.2d at 1393. Because the Court strictly construes the removal statute against

3  removal,  if there is any doubt as to the existence of federal jurisdiction, the Court should remand the

4  matter to state court. *See Gaus v. Miles, Inc.*, 980 F.2d 564, 566 (9th Cir. 1992).

5         Because the record before the Court does not establish that binding settlement agreements

6  have eliminated all non-diverse Defendants from the state court action, complete diversity did not

7  exist as of the time of removal.  Accordingly, this Court is without subject matter jurisdiction.  For

8  the foregoing reason, the Court **GRANTS** Plaintiffs' Motion to Remand.

9

10  **IT IS SO ORDERED.**

11

12  Dated: June 8, 2007

13                                        MARTIN J. JENKINS
                                          UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
For the Northern District of California

2

**EXHIBIT "9"**

Search - 4 Results - "hopeman brothers"                                      Page 1 of 2

Source: Public Records > Find a Business > Corporation, Partnership & DBA Registrations by State > VA Business and Corporation Information ⓘ
Terms: "hopeman brothers"  (Edit Search | Suggest Terms for My Search)

⤶Select for FOCUS™ or Delivery
☐

### VIRGINIA STATE CORPORATION COMMISSION

### THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY

### CERTIFICATION CAN ONLY BE OBTAINED THROUGH THE ISSUING GOVERNMENT AGENCY

VIRGINIA STATE CORPORATION COMMISSION

**Company Name: Hopeman Brothers,** Inc.

**Type:** CORPORATION

**Status:** ACTIVE

**Status Date:** 2/1/2007

**Filing Date:** 2/1/2007

**Duration:** PERPETUAL

**Date of Incorporation/Qualification:** 2/1/2007

**State or Country of Incorporation:** VIRGINIA

**Registered Agent:**
 AWH CORPORATION
 Status: ACTIVE
 Creation Date: 2/1/2007

**Registered Office:**
 435 ESSEX AVE STE 101
 WAYNESBORO, VA 22980

**Other Name Information:**
 **HOPEMAN BROTHERS** MERGER, INC.
 Type: FORMER

**Additional Information:** INDUSTRY: GENERAL

**Filing Number:** 671729

**Stock Information:**
 Type of Stock: COMMON

Authorized Quantity: 100
Change in Stock: NO


**History:**
File Date: 2/5/2007
Type: MERGER-SURVIVOR CORPORATION

File Date: 2/5/2007
Type: NAME CHANGE


Source:  Public Records > Find a Business > Corporation, Partnership & DBA Registrations by State > **VA Business and Corporation Information** 
Terms:  **"hopeman brothers"** (Edit Search | Suggest Terms for My Search)
View:  Full
Date/Time:  Friday, June 8, 2007 - 1:58 PM EDT


LexisNexis®    About LexisNexis  | Terms & Conditions
Copyright © 2007 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.