Dean A. Hanley, Esq. (State Bar No. 169507)
Philip A. Harley, Esq. (State Bar No. 147407)
Deborah R. Rosenthal, Esq. (State Bar No. 184241)
PAUL, HANLEY & HARLEY LLP
1608 Fourth Street, Suite 300
Berkeley, California 94710
Telephone:  (510) 559-9980
Facsimile:   (510) 559-9970
Email:  pharley@phhlaw.com
Email:  drosenthal@phhlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| EVERETT HOGGE and PRISCILLA HOGGE, | ) | Case No.: C07 2873 MJJ |
|---|---|---|
| Plaintiffs, | ) ) ) | **CERTIFICATE OF SERVICE** |
| vs. | ) ) | [28 U.S.C. § 1447(c); ND CA Local Rules 7-2 & 7-8] |
| A.W. CHESTERTON COMPANY, *et al*, | ) ) ) | Hearing Date:   July 24, 2007<br>Time:                9:30 a.m.<br>Courtroom:       11, 19th Floor<br>Judge:              Hon. Martin J. Jenkins |
| Defendants. | ) ) ) ) ) ) ) | |

**PROOF OF SERVICE**
S:\Clients\Plaintiffs\H\Hogge, Everett 10293\POS\JOHNCRANE removal costs CERT OF SERVICE personal .doc

## CERTIFICATE OF SERVICE - FRCivP 4(d)

I am employed in the County of Alameda, State of California, I am over the age of 18 years and not a party to the within action. My business address is 1608 Fourth Street, Suite 300, Berkeley, CA 94710. On June 8, 2007, I served the foregoing:

- ❖ **NOTICE OF MOTION AND MOTION FOR COSTS AND EXPENSES INCURRED AS A RESULT OF REMOVAL**
- ❖ **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' MOTION FOR COSTS AND EXPENSES INCURRED AS A RESULT OF REMOVAL**
- ❖ **DECLARATION OF DEAN A. HANLEY IN SUPPORT OF PLAINTIFFS' MOTION FOR COSTS AND EXPENSES INCURRED AS A RESULT OF REMOVAL**
- ❖ **DECLARATION OF PHILIP A. HARLEY IN SUPPORT OF PLAINTIFFS' MOTION FOR COSTS AND EXPENSES INCURRED AS A RESULT OF REMOVAL**
- ❖ **DECLARATION OF STEPHEN J. HEALY IN SUPPORT OF PLAINTIFFS' MOTION FOR COSTS AND EXPENSES INCURRED AS A RESULT OF REMOVAL**
- ❖ **DECLARATION OF MARK ABELSON IN SUPPORT OF PLAINTIFFS' MOTION FOR COSTS AND EXPENSES INCURRED AS A RESULT OF REMOVAL**
- ❖ **DECLARATION OF DIANA M. SAGE IN SUPPORT OF PLAINTIFFS' MOTION FOR COSTS AND EXPENSES INCURRED AS A RESULT OF REMOVAL (W/EXHBITS)**
- ❖ **DECLARATION OF DEBORAH R. ROSENTHAL IN SUPPORT OF PLAINTIFFS' MOTION FOR COSTS AND EXPENSES INCURRED AS A RESULT OF REMOVAL (W/EXHIBITS)**

and a copy of this declaration to the interested parties herein as follows:

[xx]   By personal delivery of a true copy thereof to:

**Attorneys for Defendant JOHN CRANE, INC.**
HASSARD BONNINGTON, LLP
Two Embarcadero Center, Suite 1800
San Francisco, CA 94111
Phone: (415) 288-9800
FAX   (415) 288-9802

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed in Berkeley, California.

DATE: June 19, 2007

_____
Chris Cacace

Everett Hogge, et al. v. A.W. Chesterton Company, et al.
Northern District of California Case No. C07 2873 EDL

**PROOF OF SERVICE**
S:\Clients\Plaintiffs\H\Hogge, Everett 10293\POS\JOHNCRANE removal costs CERT OF SERVICE personal .doc