**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   EVERETT HOGGE and PRISCILLA HOGGE,        No. C07-2873 MJJ

12            Plaintiffs,                      **ORDER OF REFERENCE**

13     v.

14
     A.W. CHESTERTON COMPANY, et al.,
15
              Defendants.
16   _____/

17        Pursuant to Civil Local Rule 72-1, it is HEREBY ORDERED that Plaintiffs' Motion for

18   Costs and Expenses Incurred as a Result of Removal is referred for a report and recommendation to

19   a Magistrate Judge.

20        Counsel will be advised of the date, time and place of the next appearance by notice from the

21   Magistrate Judge. THE MOTION HEARING SET ON JUDGE JENKIN'S CALENDAR FOR

22   **July 24, 2007 @ 9:30 a.m.** IS HEREBY **VACATED**.

23        **IT IS SO ORDERED.**

24   Dated: June 21, 2007

25                                             MARTIN J. JENKINS
                                               United States District Judge
26

27

28