United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EVERETT HOGGE and
PRISCILLA HOGGE,

    Plaintiffs,

  v.

A. W. CHESTERTON COMPANY, et al.,

    Defendants.
_____/

No. C 07-02873 EDL

CLERK'S NOTICE

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the hearing on Plaintiffs' Motion for Attorney Fees and Expenses Incurred as a Result of Removal before Magistrate Laporte set for July 31, 2007 at 9:00 a.m. has been taken off calendar and will be decided on the pleadings.

Dated: July 27, 2007

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
Lili M. Harrell
Courtroom Deputy