**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVERETT HOGGE AND PRISCILLA HOGGE, | No. C07-02873 MJJ |
| Plaintiff, | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| v. | |
| A W CHESTERTON COMPANY, | |
| Defendant. | |

Pending before the Court is Plaintiffs' Motion for Costs and Expenses Incurred as a Result of Removal.[1] On August 13, 2007, Magistrate Judge Elizabeth D. Laporte issued a Report and Recommendation ("R&R") to grant Plaintiffs' request for attorneys' fees and expenses.[2] The Court has considered the R&R, as well as Defendant's objections and Plaintiff's response, and agrees with the Magistrate Judge's reasoning. Accordingly, the Court **ADOPTS** the R&R and **GRANTS** the motion for attorneys' fees and expenses in the amount of **$25,969.46**.

**IT IS SO ORDERED.**

Dated: September 26, 2007

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

---

[1] Docket No. 33.

[2] Docket No. 48.